**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **FTI North America Inc** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **65-0427759** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5787 Vineland Rd Ste 202**<br>**Orlando, FL 32819**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Orange**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **FTI North America Inc**
_____
Name

Case number (*if known*)
_____

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor __FTI North America Inc_____ Case number (*if known*) _____

Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **FTI North America Inc**
_____    Case number (*if known*) _____
Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July  1, 2024**
MM / DD / YYYY

**X** **/s/ Keri Edwards**
Signature of authorized representative of debtor

**Keri Edwards**
Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Arvind Mahendru**
Signature of attorney for debtor

Date    **July  1, 2024**
MM / DD / YYYY

**Arvind Mahendru**
Printed name

**Arvind Mahendru**
Firm name

**5717 Red Bug Lake Rd #284**
**Winter Springs, FL 32708**
Number, Street, City, State & ZIP Code

Contact phone    **407-504-2462**    Email address    **amtrustee@gmail.com**

**0061482 FL**
Bar number and State

FTI North America Inc
5787 Vineland Rd Ste 202
Orlando, FL 32819

Aiden by Best Western Sedona
2545 West State Route89A
Sedona, AZ 86336

Amtrak
60 Massachusetts Avenue, NE
Washington, DC 20002

Arvind Mahendru
Arvind Mahendru
5717 Red Bug Lake Rd #284
Winter Springs, FL 32708

Airport Express SFO
Wellington Ln
Alamo, CA 94507

Antelope Canyon Tours
P.O. Box 936
Page, AZ 86040

1 Hotel West Hollywood
8490 Sunset Blvd
West Hollywood, CA 90069

ALCATRAZ CRUISES LLC.
Pier 33 South, Suite 200
San Francisco, CA 94111

Argonaut Hotel
495 Jefferson St
San Francisco, CA 94109

24 North Hotel Key West
North Roosevelt Blvd.
Key West, FL 33040

Aloft Miami Dadeland
7600 N Kendall Drive
Miami, FL 33156

Arlo Nomad
11 East 31st Street
New York, NY 10016

401 Hotel LP Operating
401 7th Ave
New York, NY 10001

Amadeo Travel Solution
95 River Street #402
Hoboken, NJ 07030

Arlo Soho
231 Hudson Street
New York, NY 10013

Aarchway Inn
1551 North Riverview Dr.
Moab, UT 84532

Amara Cay Resort
80001 Overseas Highway
Islamorada, FL 33036

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

AC Hotel Clearwater Beach
395 Coronado Drive
Clearwater Beach, FL 33767

AMERICA 4 YOU
P.O. BOX 2214
Fullerton, CA 92837

Atlantis Casino
3800 S. Virginia St
Reno, NV 89502

AC Hotel Miami Dadeland
7695 N Kendall Dr.
Miami, FL 33156

Americana Inn Hotel
69 West 38th Street
New York, NY 10018

AV-LVH, LLC DBA WESTGATE LV
3000 Paradise Road
Las Vegas, NV 89109

AFLAC
1932 WYNNTON ROAD COLOMBUS
Columbus, GA 31999

Americania Hotel
121 7th Street
San Francisco, CA 94103

Bahia Resort Hotel
998 W Mission Bay Dr
San Diego, CA 92109

Banana Bay Resort and Marina
4590 Overseas Hwy
Marathon, FL 33050

BENCHMARK HOSPITALITY AT VERO BEACH
3244 Ocean Drive
Vero Beach, FL 32963

Best Western Ruby's Inn
P.O. BOX 640001
Bryce, UT 84764

Barefoot Beach Condo Resort
19417 Gulf Blvd
Indian Rocks Beach, FL 33785

Bento Living Chestnut
321 Hart St
Nashville, TN 37210

Best Western San Diego Zoo
2485 Hotel Circle Place
San Diego, CA 92108

Bay City Bike Rentals & Tours
501 Bay Street
San Francisco, CA 94133

Best Western Atlantic Beach
4101 Collins Avenue
Miami Beach, FL 33140

Best Western Savannah Historic D
412 West Bay Street
Savannah, GA 31401

Beach Place Hotel
8601 Harding Avenue
Miami Beach, FL 33141

Best Western Grand Canyon Squire In
PO BOX 130
Grand Canyon, AZ 86023

Best Western Town and Country Lo
1051 N Blackstone Street
Tulare, CA 93274

Beachcomber Beach Resort & Hotel
6200 Gulf Boulevard
Saint Petersburg, FL 33706

Best Western International Drive
1955 Harrison Street, Suite 200
Hollywood, FL 33020

Beverly Hills Marriott
1150 S Beverly Dr
Los Angeles, CA 90035

BEI San Francisco
50 8th St
San Francisco, CA 94103

Best Western Plus Bayside Inn
555 W Ash St
San Diego, CA 92101

Bienville House
320 Decatur Street
New Orleans, LA 70130

Bell Rock Inn By Diamond Resorts &
6246 State Route 179, 86351
Sedona, AZ 86351

Best Western Plus Bryce Canyon Gran
P.O. BOX 640009
Bryce, UT 84764

Big Bus Tours
723 7th Avenue, 5th Floor
New York, NY 10019

Bell Trans
1900 Industrial Road
Las Vegas, NV 89102

Best Western PLUS Dragon Gate Inn
818 North Hill St
Los Angeles, CA 90012

Big Bus Tours Chicago
723 7th Avenue 5th Floor
New York, NY 10019

Bellwether Beach Resort
5250 Gulf Boulevard
Saint Petersburg, FL 33706

Best Western Plus Encina Inn & Suit
2220 Bath Street
Santa Barbara, CA 93105

Big Bus Tours Las Vegas
723 7th Avenue 5th Floor
New York, NY 10019

Big Bus Tours Miami
723 7th Avenue 5th Floor
New York, NY 10019

Brighthouse Network
3767 All American Blvd
Orlando, FL 32819

Canyon Plaza Resort
PO Box 520
Grand Canyon, AZ 86023

Big Bus Tours San Francisco
723 7th Avenue 5th Floor
New York, NY 10019

BROADWAY INBOUND
520 Eighth Avenue, 11th Floor
New York, NY 10018

Capitol Reef Resort
P.O. Box 750160
Torrey, UT 84775

Big Meadows Lodge
2, Mile 51, Skyline Drive
Stanley, VA 22851

Bryce View Lodge
P.O. BOX 640002
Bryce, UT 84764

Carmel Hotel Enterprises, Inc.
201 Broadway
Santa Monica, CA 90401

Bindlestiff Tours
W Patrick Lane
Las Vegas, NV 89118

California Academy of Sciences
55 Music Concourse Dr
San Francisco, CA 94118

Cedar Lodge
9966 Highway 140
El Portal, CA 95318

Bliss Wedding Chapel
827 Las Vegas Blvd South
Las Vegas, NV 89101

Cambria Hotel and Suites Anaheim
101 East Katella Avenue
Anaheim, CA 92802

Chesterfield Hotel & Suites
855 Collins Ave.
Miami Beach, FL 33139

Blue Moon Hotel
944 Collins Avenue
Miami Beach, FL 33139

Camelback Resort
193 Resort Drive
Tannersville, PA 18372

Circa Resort & Casino - Adults O
8 Fremont Street
Las Vegas, NV 89101

Blue Tree Resort
12007 Cypress Run Rd
Orlando, FL 32836

Candlewood Suites Anaheim
PO Box 25368
Anaheim, CA 92825

Circa39 Hotel
3900 Collins Avenue
Miami Beach, FL 33140

Bluestem Hotel Torrance-LA
2448 Sepulveda Blvd
Torrance, CA 90501

Candlewood Suites Times Square
339 West 39th Street
New York, NY 10018

Circus Circus Las Vegas
2880 Las Vegas Blvd S
Las Vegas, NV 89101

Bright Angel Lodge
9 North Village Loop
Grand Canyon, AZ 86023

Canyon Lodge and Cabins
41 Clover Ln
Yellowstone National Park, WY 82190

Circus Circus Las Vegas
2880 South Las Vegas Boulevard
Las Vegas, NV 89101

CITY PASS
27 Arrow Root Lane
Victor, ID 83455

Comfort Inn by the Bay
2775 Van Ness Ave
San Francisco, CA 94109

Connecticut Ave Days Inn
4400 Connecticut Ave NW
Washington, DC 20008

City Sightseeing San Francisco
1331 Columbus Ave
San Francisco, CA 94133

Comfort Inn Conference Center
699 Rodi Road
Pittsburgh, PA 15235

Conrad New York Midtown
151 W 54th Street
New York, NY 10019

Clarion Inn - Page
P.O. BOX 4450
Page, AZ 86040

Comfort Inn Downtown Memphis
100 N Front St
Memphis, TN 38103

Country Inn and Suites Newark A
100 International Blvd
Elizabeth, NJ 07201

Clarion Inn Hotel & Suites Miami Ai
5301 NW 36 Street
Miami, FL 33166

Comfort Inn Falls Church
6111 Arlington Boulevard
Falls Church, VA 22044

Courtyard by Marriott Lyndhurst
1 Polito Avenue
Lyndhurst, NJ 07071

Coast Gateway Hotel
18415 International Blvd
Seattle, WA 98188

Comfort Inn International Drive
1955 Harrison Street, Suite 200
Hollywood, FL 33020

Courtyard Clearwater Beach Marin
455 E Shore Drive
Clearwater Beach, FL 33767

Coco Key Hotel & Water Resort
7400 International Drive
Orlando, FL 32821

Comfort Inn JFK
132-15 Nassau Expressway
South Ozone Park, NY 11420

Crowne Plaza Baton Rouge
4728 Constitution Ave.
Baton Rouge, LA 70808

Coco Key Hotel & Water Resort
International Drive
Orlando, FL 32819

Comfort Inn Prospect Park Brooklyn
150 20th Street
Brooklyn, NY 11232

Crowne Plaza Dallas Downtown
1015 Elm Street
Dallas, TX 75201

Collins Hotel
6600 Collins Ave.
Miami Beach, FL 33141

Comfort Inn Santa Monica-West Los A
2815 Santa Monica Blvd
Santa Monica, CA 90404

Crowne Plaza Golf and Tennis Re
1 Resort Drive
Asheville, NC 28806

Comfort Inn Boston
Morrissey Blvd
Boston, MA 02122

Comfort Suites Lafayette
114 Rue Fernand
Lafayette, LA 70508

Crowne Plaza Lake Buena Vista
8686 Palm Parkway
Orlando, FL 32836

Crowne Plaza Memphis Downtown
300 N 2Nd St
Memphis, TN 38105

Dorchester
1850 Collins Ave
Miami Beach, FL 33139

Drury Plaza Hotel Orlando
2000 Hotel Plaza Blvd
Orlando, FL 32830

Crowne Plaza Orlando Universal
7800 Universal Blvd
Orlando, FL 32819

Doubletree by Hilton Hotel Flagstaf
1175 W Route 66
Flagstaff, AZ 86001

EB Hotel Miami
4299 Northwest 36th St
Miami, FL 33166

Crystal Inn Downtown
230 West 500 South
Salt Lake City, UT 84101

DoubleTree by Hilton Hotel NY
8 Stone Street
New York, NY 10004

EB Hotel Miami
4299 NW 36th Street, Suite 1
Miami, FL 33166

Days Inn Historic St. Augustine
1300 Ponce de Leon Blvd
Saint Augustine, FL 32084

DoubleTree by Hilton NY Times Sq.
350 w 40th Street
New York, NY 10018

El Tovar Lodge
1 El Tovar Road
Grand Canyon, AZ 86023

Days Inn Natchez
Highway 61 S
Natchez, MS 39120

DoubleTree by Hilton Orlando E UCF
12125 High Tech Avenue
Orlando, FL 32817

Elvis Presley Enterprises
3734 Elvis Presley Blvd
Memphis, TN 38126

DiamondHead Beach Resort
2000 Estero Boulevard
Fort Myers Beach, FL 33931

DoubleTree Htl & Sts Houston Galler
5353 Westheimer Road
Houston, TX 77056

Embassy Hotel
610 Polk St
San Francisco, CA 94102

Disney Destinations, LLC Hotels
P.O. Box 1000
Orlando, FL 32830

Doubletree Ocean Point Resort and S
17375 Collins Avenue
North Miami Beach, FL 33160

Embassy Suites Anaheim South
11767 Harbor Blvd
Garden Grove, CA 92840

DISNEY DESTINATIONS-TICKET OFFICE
200 CELEBRATIONS PLACE 8TH FL
Kissimmee, FL 34747

Doubletree Sonoma Wine Country
1 Doubletree Drive
Rohnert Park, CA 94928

Embassy Suites by Hilton FL
1100 SE 17th Street
Fort Lauderdale, FL 33316

Dolphin Beach Resort
4900 Gulf Boulevard
Saint Petersburg, FL 33706

DoubleTree Universal
5780 Major Blvd
Orlando, FL 32819

Encore at Wynn Las Vegas
3121 S Las Vegas Blvd
Las Vegas, NV 89109

ESB Observatory LLC
5th Ave Suite 300
New York, NY 10118

Fairfield Inn & Suites NY Man CPark
538 West 58th Street
New York, NY 10019

Galleria Park Hotel
191 Sutter St
San Francisco, CA 94104

Even Hotel Miami Airport
3499 N.W. 25th Street
Miami, FL 33142

Fairfield Inn & Suites Oakhurst Yos
40780 Highway 41
Oakhurst, CA 93644

Gateway Hotel Santa Monica
1920 Santa Monica Blvd
Santa Monica, CA 90404

Even Hotel Midtown East
E 44th Street
New York, NY 10017

FAIRMONT OLYMPIC HOTEL
411 UNIVERSITY STREET
Seattle, WA 98101

Go Airport Shuttle
1200 W. 35th St. 3rd floor
Chicago, IL 60609

Even Hotel Rockville
1175 Rockville Pike
Rockville, MD 20852

FantasyWorld Resort
5005 Kyng's Heath Road
Kissimmee, FL 34746

Golden Gate Hotel & Casino
1 Fremont Street (near The Strip),
Las Vegas, NV 89101

Everglades Safari
26700 Southwest 8th Street
Miami, FL 33194

Fifty Hotel & Suites
155 East 50th Street (at Third Avenue),
New York, NY 10022

Golden Nugget Las Vegas Hotel &
129 East Fremont St
Las Vegas, NV 89101

Everline Resort and Spa
400 Squaw Creek Rd
Olympic Valley, CA 96146

Fontainebleau Miami Beach
4441 Collins Ave
Miami Beach, FL 33140

Goulding's Monument Valley
1000 Main Street
Monument Valley, UT 84536

Exclusive Properties Inc/TheMimosa
6525 Collins Avenue
Miami Beach, FL 33141

Four Queens Hotel & Casino
202 Fremont Street
Las Vegas, NV 89101

Grand America hotel
555 South Main St
Salt Lake City, UT 84111

Extranomical Tours, LLC
2860 Fleetwood Drive
San Bruno, CA 94066

FURY MANAGMENT INC.
313 Margaret Street
Key West, FL 33040

Grand Beach Hotel Surfside West
9418 Collins Avenue
Miami Beach, FL 33154

Fairfield Inn & Suites Near Univers
5614 Vineland Road
Orlando, FL 32819

Galleria Park Hotel
191 Sutter Street
San Francisco, CA 94104

Grand Canyon Railway Hotel
235 N Grand Canyon Blvd
Williams, AZ 86046

Grand Canyon Scenic Airlines
1265 Airport Rd
Boulder City, NV 89005

GreenTree Inn Flagstaff
S Woodlands Village Blvd
Flagstaff, AZ 86001

Hampton Inn Times Square South
337 West 39th Street
New York, NY 10018

Grand Hotel Kissimmee
3104 Parkway Blvd
Kissimmee, FL 34747

Gulfcoast Inn of Naples
2555 9th ST N
Naples, FL 34103

Hampton Inn Tropicana
S. Dean Martin Drive
Las Vegas, NV 89118

Grand Hotel Orlando
7825 Universal Blvd
Orlando, FL 32819

Hampton Inn & Suites Asheville
Brevard Road
Asheville, NC 28806

Handlery Union Square Hotel
180 Geary Street Suite 700
San Francisco, CA 94102

Grand Hotel Orlando at Universal Bl
7825 Universal Blvd
Orlando, FL 32819

Hampton Inn & Suites Bakersfield N
8818 Spectrum Park Way
Bakersfield, CA 93308

HANDLERY_HOTEL_SAN_DIEGO
950 Hotel Circle North
San Diego, CA 92108

Grant Village
24 Rainbow Loop
Yellowstone National Park, WY 82190

Hampton Inn & Suites Elizabeth Newa
100 International Blvd
Elizabeth, NJ 07201

HANDLERY_UNION_SQUARE
351 Geary Street
San Francisco, CA 94102

GRAY LINE OF NEW ORLEANS
600 Decatur St. Suite 308
New Orleans, LA 70130

Hampton Inn & Suites Orlando
7448 North International Drive
Orlando, FL 32819

Harmony Suites
58 Taylor Avenue
Manasquan, NJ 08736

Gray Wolf Inn & Suites
250 S Canyon Street
West Yellowstone, MT 59758

Hampton Inn (Morehead City)
4035 Arendell Street
Morehead City, NC 28557

Helicopter Flight Services, Inc
Downtown Manhattan Heliport 6 Ea
New York, NY 10004

GRAYLINE OF ORLANDO
7041 Grand National Dr, Ste #109
Orlando, FL 32819

Hampton Inn JFK Airport
144-10 135th Avenue
Jamaica, NY 11436

Heritage Inn Yosemite/Sonora
PO BOX 1269
El Toro, CA 92609

GreenTree Inn & Sts Phoenix Sky Hrb
4234 S. 48th Street
Phoenix, AZ 85040

Hampton Inn Oakhurst - Yosemite
40740 Highway 41
Oakhurst, CA 93644

Hilton Cabana Miami Beach
Collins Ave.
Miami Beach, FL 33140

Hilton Cocoa Beach Ocean
1550 North Atlantic Avenue
Cocoa Beach, FL 32931

Hilton San Francisco Union Square
333 O'Farrell St
San Francisco, CA 94102

Holiday Inn Express & Sts Seawo
10771 International Drive
Orlando, FL 32821

Hilton Garden Inn Arlington Courtho
1333 N Courthouse Road
Arlington, VA 22201

Hilton Santa Barbara Beach
633 East Cabrillo Boulevard
Santa Barbara, CA 93103

Holiday Inn Express & Suites
1785 5th Ave.
Naples, FL 34102

Hilton Garden Inn Center City
1100 Arch Street
Philadelphia, PA 19107

Hilton Waikoloa Village
69-425 Waikoloa Road
Waikoloa, HI 96738

Holiday Inn Express & Suites Pag
P.O.Box 4450
Page, AZ 86040

Hilton Garden Inn Miami South Beach
2940 Collins Ave
Miami Beach, FL 33140

HISTORIC TOUR - HTA FINANCE
201 Front Street Suite 107
Key West, FL 33040

Holiday Inn Express Hotel and Su
1707 Old Country Rd Rt58
Riverhead, NY 11901

Hilton Garden Inn Midtown East
East 52 Street
New York, NY 10022

Holiday Inn & Suites Philadelphia W
5400 Ferne Boulevard
Drexel Hill, PA 19026

Holiday Inn Express LAX
8620 Airport Blvd
Los Angeles, CA 90045

Hilton Garden Inn Tribeca
Avenue of the Americas
New York, NY 10013

Holiday Inn Airport West Palm Beach
1955 Harrison St.
Hollywood, FL 33020

Holiday Inn Express Midtown
1305 Walnut St.
Philadelphia, PA 19107

Hilton Hawaiian Village Waikiki Bea
2005 Kalia Road
Honolulu, HI 96815

Holiday Inn at Buffalo Bill Village
1701 Sheridan Ave
Cody, WY 82414

Holiday Inn Express Midtown Wes
West 48th street
New York, NY 10036

Hilton Naples
5111 Tamiami Trail North
Naples, FL 34103

Holiday Inn Club Vacations at Orang
9271 S. John Young Pkwy
Orlando, FL 32819

Holiday Inn Express New Orleans
334 O'Keefe Ave
New Orleans, LA 70112

Hilton New Orleans Riverside
Poydras Street
New Orleans, LA 70130

Holiday Inn Downtown Superdome
330 Loyola Avenue
New Orleans, LA 70112

Holiday Inn Express Oakhurst - Y
40820 Highway 41
Oakhurst, CA 93644

Holiday Inn Hotel & Suites
506 West Harrison Street
Chicago, IL 60607

Holiday Inn Resort Daytona Beach
1615 South Atlantic Ave
Daytona Beach, FL 32118

Hotel Chelsea
944 Washington Ave
Miami Beach, FL 33139

Holiday Inn Hotel & Suites Harbours
401 2ND STREET
Indian Rocks Beach, FL 33785

Holiday Inn Resort Lake Buena Vista
13351 State Road 535
Orlando, FL 32821

Hotel Croydon
Collins Ave
Miami Beach, FL 33140

Holiday Inn Hotel and Suites Clearw
521 S Gulfview Blvd
Clearwater Beach, FL 33767

Holiday Inn Riverview Charleston
301 Savannah Hwy
Charleston, SC 29407

Hotel Croydon
3720 Collins Ave
Miami Beach, FL 33140

Holiday Inn Hotel and Suites Univer
5905 Kirkman Road
Orlando, FL 32819

Holiday Inn Toronto Downtown Centre
30 Carlton Street
Toronto M5B 2E9 ON - CA

Hotel Del Sol by Joie de Vivre H
3100 Webster Street
San Francisco, CA 94123

Holiday Inn Lower East Side
150 Delancey Street
New York, NY 10002

Homewood French Quarter
317 N Rampart Street
New Orleans, LA 70112

Hotel Edison
228 W 47th Street
New York, NY 10036

Holiday Inn Miami Beach
4333 Collins Avenue
Miami Beach, FL 33140

Hotel Beacon
2130 Broadway
New York, NY 10023

Hotel Griffon
155 Steuart Street
San Francisco, CA 94105

Holiday Inn Miami International Aip
1111 S. Royal Poinciana Blvd
Miami, FL 33166

Hotel Belleclaire
2175 Broadway
New York, NY 10024

Hotel Indigo East End
1830 West Main Street
Riverhead, NY 11901

Holiday Inn New York City Times Sq
585 8th Avenue
New York, NY 10018

Hotel Breakwater South Beach
940 Ocean Dr
Miami Beach, FL 33139

Hotel Indigo Memphis Downtown
22 North B.B. King Boulevard
Memphis, TN 38103

Holiday Inn Orlando Int Airport
5750 T.G. Lee Boulevard
Orlando, FL 32822

Hotel Caza
Columbus Avenue
San Francisco, CA 94133

Hotel Maya - a Doubletree Hotel
Queensway Dr
Long Beach, CA 90802

Hotel Moab Downtown
168 EAST CENTER STREET
Moab, UT 84532

Howard Johnson Rapid City
950 North Street
Rapid City, SD 57701

Inside Out Tours
West 19th Street
New York, NY 10011

Hotel Monteleone
214 Royal St
New Orleans, LA 70130

Hudson Hotel
West 58th Street
New York, NY 10019

Insightseeing Inc.
Stuyvesant Place #5J
Staten Island, NY 10301

Hotel Shelley
844 Collins Ave
Miami Beach, FL 33139

Hyatt Centric 39th and 5th New York
16 East 39th Street
New York, NY 10016

JNS Real Properties LLC
2110 NW 95th Avenue
Miami, FL 33172

Hotel Spero
405 Taylor Street
San Francisco, CA 94105

Hyatt Place Moab
890 North Main Street
Moab, UT 84532

Kachina Lodge
5 North Village Loop
Grand Canyon, AZ 86023

Hotel Trader LLC
570 Mountain Ave
Gillette, NJ 07933

Hyatt Place Nashville Opryland
220 Rudy Cir
Nashville, TN 37214

Kalaloch Lodge at Olympic Nationa
157151 US-101
Forks, WA 98331

Hotel Washington
515 15th Street, NW
Washington, DC 20004

Hyatt Place Tampa Downtown
325 N Florida Ave
Tampa, FL 33602

Kayenta Monument Valley Inn
1000 Market Street Bldg 1
Portsmouth, NH 03801

Hotel Zoe Fisherman's Wharf
425 North Point St
San Francisco, CA 94133

Hyatt Place Universal
Caravan Court
Orlando, FL 32819

King George Hotel
334 Mason Street
San Francisco, CA 94102

Hotel Zoe Fisherman's Wharf
425 N Point Street
San Francisco, CA 94133

Iberostar 70 Park Avenue
Park Avenue
New York, NY 10016

Kinzie Hotel
20 West Kinzie Street
Chicago, IL 60654

Howard Johnson Plaza Hotel Anaheim
1380 South Harbor Blvd
Anaheim, CA 92802

Inn by the Harbor
433 W Montecito St
Santa Barbara, CA 93101

Kohl's Ranch Lodge by Diamond R
202 South Kohl's Ranch Lodge Roa
Payson, AZ 85541

Kona Kai Resort & Spa
1551 Shelter Island Dr
San Diego, CA 92106

La Siesta Resort & Marina
Overseas Highway
Islamorada, FL 33036

Legacy Vacation Resorts Reno
140 Court St
Reno, NV 89501

Kona Kai Resort and Spa
1551 Shelter Island Drive
San Diego, CA 92106

Lago Mar Resort and Club
1700 South Ocean Lane
Fort Lauderdale, FL 33316

Legends OWO, LLC
285 Fulton Street
New York, NY 10007

L.F. LIMO SERVICES
2437 94th Street
East Elmhurst, NY 11369

Lake Buena Vista Resort & Village
7055 S. Kirkman Rd
Orlando, FL 32819

Lennox Hotel Miami Beach
1900 Collins Avenue
Miami Beach, FL 33139

La Quinta Inn & Suites Miami Airpor
8730 NW 27th St
Miami, FL 33172

LAKE POWELL RESORTS
PO Box 1926
Page, AZ 86040

Lexington Hotel Miami Beach
4299 Collins Avenue
Miami Beach, FL 33140

La Quinta Inn & Suites Seatac #675
2824 S. 188th Street
Seattle, WA 98188

Lake Yellowstone Hotel & Cabins
235 Yellowstone Lake Road
Yellowstone National Park, WY 82190

Lincoln Arms Suites
1800 James Ave
Miami Beach, FL 33139

La Quinta Inn and Suites LAX
5249 W. Century Boulevard
Los Angeles, CA 90045

Lancaster Arts Hotel
Harrisburg Avenue
Lancaster, PA 17603

LITTLE AMERICA HOTEL
500 South Main St
Salt Lake City, UT 84101

La Quinta Inn by Wyndham Tucson Eas
6404 E Broadway Blvd
Tucson, AZ 85710

LaPlaya Beach and Golf Resort
9891 Gulf Shore Drive
Naples, FL 34108

Los Abrigados Resort & Spa
160 Portal Lane
Sedona, AZ 86336

La Quinta Inn International Drive
5825 International Dr
Orlando, FL 32819

Legacy Vacation Resorts Lake Buena
8451 Palm Parkway
Orlando, FL 32836

Lotte New York Palace
455 Madison Avenue at 50th Stree
New York, NY 10022

La Quinta Resort & Club - The Waldo
49-499 Eisenhower Drive
La Quinta, CA 92253

Legacy Vacation Resorts Orlando
2800 N. Poinciana Blvd
Kissimmee, FL 34746

M Buffalo Hotel
2040 Walden Ave
Buffalo, NY 14225

Mai Hana Hotel - International Driv
8222 Jamaican CT
Orlando, FL 32819

MGM Resorts International
880 Grier Drive
Las Vegas, NV 89119

Mutual Of America
320 Park Avenue
New York, NY 10022

Mammoth Mountain Inn
10400 Minaret Rd
Mammoth Lakes, CA 93546

Millennium Biltmore Hotel Los Angel
506 South Grand Avenue
Los Angeles, CA 90071

Naples Bay Resort
1500 Fifth Avenue South
Naples, FL 34102

Marco Polo Ramada Plaza Beach Resor
19201 Collins Ave
North Miami Beach, FL 33160

Millennium Hilton NY ONE UN Plaza
United Nations Plaza - 44Th St
New York, NY 10017

Natchez Grand Hotel
N Broadway St
Santa Barbara, CA 93120

Mardi Gras Hotel & Casino
3500 Paradise Rd
Las Vegas, NV 89169

Miners Inn
P.O.Box 1413
Mariposa, CA 95338

National Hotel
1677 Collins Avenue
Miami Beach, FL 33139

Margaritaville Resort Palm Springs
1600 N Indian Canyon Drive
Palm Springs, CA 92262

Miramonte Resort & Spa
45000 Indian Wells Ln
Indian Wells, CA 92210

Nautilus Sonesta Miami Beach
1825 Collins Ave
Miami Beach, FL 33139

Marina Del Mar Resort & Marina
527 Caribbean Dr
Key Largo, FL 33037

Miyako Hotel Los Angeles
328 E 1st St
Los Angeles, CA 90012

NavajoLand Hotel of Tuba City
P.O. Box 247
Tuba City, AZ 86045

Marriott Boston Quincy
1000 Marriott Drive
Quincy, MA 02169

Moenkopi Legacy Inn and Suites
PO Box 2260
Tuba City, AZ 86045

NBCUniversal LLC
100 Universal City Plaza Building 5
Universal City, CA 91608

Marseilles Hotel
1741 Collins Ave
Miami Beach, FL 33139

Monmouth Historic Inn and Gardens
1358 John A Quitman Blvd
Natchez, MS 39120

NEW ORLEANS STEAMBOAT CO
600 Decatur St. Suite 308
New Orleans, LA 70130

Maswik Lodge
202 South Village Loop
Grand Canyon, AZ 86023

Monument Valley Tour
PO Box 98
Kayenta, AZ 86033

New York Hilton Midtown
1335 Avenue Of The Americas
New York, NY 10019

Newport Beachside Hotel & Resort
16701 Collins Ave
North Miami Beach, FL 33160

OMNI
4001 Maple Avenue, Suite 500
Dallas, TX 75219

PAPILLON AIRWAYS, INC.
1265 Airport Rd.
Boulder City, NV 89005

Newport Beachside Hotel and Resort
16701 Collins Avenue
North Miami Beach, FL 33160

ON LOCATION TOURS
704 Hauser,Inc. 26 Siebrecht Pl
New Rochelle, NY 10804

Parc 55 San Francisco - A HiltonH
55 Cyril Magnin St
San Francisco, CA 94102

Night Hotel Broadway
215 W 94th Street
New York, NY 10025

One-off Group Suppliers
5787 Vineland Road, Suite 202
Orlando, FL 32819

Parc Corniche Condominium Suites
6300 Parc Corniche Dr.
Orlando, FL 32821

Nob Hill Hotel San Francisco
835 Hyde Street
Kansas City, MO 64109

One-off Payments Suppliers
5787 Vineland Road, Suite 202
Orlando, FL 32819

Parrot Key Hotel and Villas
2801 N Roosevelt Blvd
Key West, FL 33040

NOPSI Hotel
317 Baronne St
New Orleans, LA 70112

Open Top Sightseeing Washington DC
723 7th Ave, 5th floor
New York, NY 10019

Paychex Inc.
5787 Vineland Road, Suite 202
Orlando, FL 32819

NW INVESTORS LLC
7126 Biscayne Boulevard
Miami, FL 33138

OUC - Orlando Utilities Commission
PO Box 31329
Springfield, GA 31329

Pelican Grand Beach Resort
2000 N Ocean Blvd
Fort Lauderdale, FL 33305

Oak Alley Plantation
3645 Highway 18
Vacherie, LA 70090

Palm Mountain Resort and Spa
155 South Belardo
Palm Springs, CA 92262

Pelican Grand Beach Resort
2000 North Ocean Blvd
Fort Lauderdale, FL 33305

Ocean Five Hotel
436 Ocean Drive
Miami Beach, FL 33139

Palm Springs Aerial Tramway
1 Tram Way
Palm Springs, CA 92262

Pestana CR7
338 W 39th St
New York, NY 10018

Oceanside Hotel
6084 Collins Ave
Miami Beach, FL 33140

Palmer House Hilton
17 E Monroe Street
Chicago, IL 60603

Pestana Miami South Beach
1817 James Avenue
Miami Beach, FL 33139

Petite Auberge
863 Bush St
San Francisco, CA 94108

Platinum Suites Hotel
211 E. Flamingo Road
Las Vegas, NV 89169

Quality Inn and Suites Montebello
7709 Telegraph Road
Montebello, CA 90640

Philadelphia Marriott Old City
One Dock Street
Philadelphia, PA 19106

POD 39
145 East 39th Street
New York, NY 10016

Quality Inn Florida City - Gateway
333 SE 1st Ave
Homestead, FL 33034

Pickwick- A Grand Heritage Hotel
85 5Th St
San Francisco, CA 94103

POD BROOKLYN HOTEL
247 Metropolitan Ave
Brooklyn, NY 11211

Quality Inn Lake Powell
P.O. BOX 1867
Page, AZ 86040

Pier House 60 Clearwater Beach Mari
101 Coronado Drive
Clearwater, FL 33765

Pod Times Square Hotel
400 W 42nd St
New York, NY 10036

Quality Inn Pismo Beach
230 Five Cities Drive
Pismo Beach, CA 93449

Pink Jeep Tours
450 State Route 64
Grand Canyon, AZ 86023

Porto Vista Hotel
1835 Columbia Street
San Diego, CA 92101

Radisson Hotel Baltimore Downtow
West Fayette Street
Baltimore, MD 21201

Pink Shell Beach Resort and Spa
275 Estero Blvd
Fort Myers Beach, FL 33931

Posh Hostel South Beach
820 Collins Ave
Miami Beach, FL 33139

Radisson Hotel Miami Beach
Collins Avenue
Miami Beach, FL 33140

Pioneer Lodge
151 N Kraemer Blvd Ste 120
Placentia, CA 92870

Postcard Inn on the Beach
6300 Gulf Boulevard
Saint Petersburg, FL 33706

Radisson New York Midtown FifthA
West 51st Street
New York, NY 10019

Pitney Bowes Global Financial Svc L
P.O. Box 371887
Pittsburgh, PA 15250

Quality Inn & Suites - Lake Havasu
271 S. Lake Havasu Ave.
Lake Havasu City, AZ 86403

Ramada Boston
Morrissey Blvd
Boston, MA 02122

Plantation Inn Golf Resort & Spa
West Fort Island Trail
Crystal River, FL 34429

Quality Inn & Suites near the theme
5635 Windhover Dr
Orlando, FL 32819

Ramada Gateway
W. Irlo Bronson Highway
Kissimmee, FL 34747

Ramada Jersey City
65 Tonnele Ave
Jersey City, NJ 07306

RIU Plaza Fishermans Wharf
2500 Mason St
San Francisco, CA 94133

Riviera Suites South Beach
318 20th St
Miami Beach, FL 33139

Ramada Plaza Hotel West Hollywood
8585 Santa Monica Blvd.
West Hollywood, CA 90069

RIU Plaza Fishermans Wharf
2500 Mason Street
San Francisco, CA 94133

Rosen Centre Hotel
9840 International Drive
Orlando, FL 32819

Red Cliffs Lodge
Mile Post 14 On Hwy 128
Moab, UT 84532

Riu Plaza Miami Beach
3101 Collins ave
Miami Beach, FL 33140

Rosen Centre Hotel
9840 International Dr
Orlando, FL 32819

Red Lion Monterey
Munras Avenue
Monterey, CA 93940

Riu Plaza Miami Beach
3101 Collins Avenue
Miami Beach, FL 33140

Rosen Inn
6327 International Dr
Orlando, FL 32819

Red Roof Inn Corporation
P.O. BOX 849800
Dallas, TX 75284

Riu Plaza New York Times Square
305 W 46th St
New York, NY 10036

Rosen Inn at Pointe Orlando
9000 International Drive
Orlando, FL 32819

Renaissance Palm Springs
888 E Tahquitz Canyon Way
Palm Springs, CA 92262

Riu Plaza New York Times Square
305 West 46th Street
New York, NY 10036

Rosen Inn International
7600 International Drive
Orlando, FL 32819

Residence Inn & Spring Hill Suites
49 Watermill Lane
Great Neck, NY 11021

River Canyon Lodge
71 West 200 North
Moab, UT 84532

Rosen Inn Lake Buena Vista
8442 Palm Parkway
Orlando, FL 32819

Retro Inn
2040 East Main Street
Cortez, CO 81321

River Terrace Inn
1600 Soscol Ave
Napa, CA 94559

Rosen Plaza Hotel
9700 International Dr
Orlando, FL 32819

Riu Plaza Fisherman's Wharf
2500 Mason St
San Francisco, CA 94133

River Terrace Resort and Convention
240 River Rd
Gatlinburg, TN 37738

Rosen Shingle Creek
9939 Universal Boulevard
Orlando, FL 32819

Rosen Shingle Creek
9939 Universal Blvd
Orlando, FL 32819

Sahara Hotel & Casino Las Vegas
2535 Las Vegas Blvd South
Las Vegas, NV 89109

SeaWorld Parks and Entertainmen
P.O. Box 692319
Orlando, FL 32869

Royal Palm Hotel
1545 Collins Avenue
Miami Beach, FL 33139

San Diego Mission Bay Resort
E Mission Bay Drive
San Diego, CA 92109

Selina Catahoula New Orleans
914 Union Street
New Orleans, LA 70112

Royal Sonesta Boston
40 Edwin H Land Boulevard
Cambridge, MA 02142

San Diego Mission Bay Resort
1775 E Mission Bay Dr
San Diego, CA 92109

Selina Chicago
100 East Chestnut Street
Chicago, IL 60611

Royal Sonesta Chicago Downtown
71 E Wacker Drive
Chicago, IL 60601

Sanctuary Hotel New York
West 47th Street
New York, NY 10036

Selina Gold Dust
7700 Biscayne Blvd
Miami, FL 33138

Royal Sonesta Harbor Court Baltimor
550 Light Street
Baltimore, MD 21202

Sanctuary Hotel New York
132 W 47th St
New York, NY 10036

Selina Miami River
437 SW 2nd St
Miami, FL 33130

Royal Sonesta New Orleans
300 Bourbon Street
New Orleans, LA 70130

Sanibel Island Beach Resort
1231 Middle Gulf Dr
Sanibel, FL 33957

Shelburne Hotel & Suites
303 Lexington Avenue
New York, NY 10016

Royal Sonesta Washington DC
20 Massachusetts Ave NW
Washington, DC 20001

Sea Club Hotel
619 N Fort Lauderdale Beach Blvd
Fort Lauderdale, FL 33304

Sheraton at the Falls
300 3Rd St
Niagara Falls, NY 14303

Rumfish Beach Resort by Tradewinds
6000 Gulf Boulevard
Saint Petersburg, FL 33706

SEA WORLD ORLANDO
7007 Sea World Drive
Orlando, FL 32821

Sheraton Lake Buena Vista Resor
12205 S Apopka Vineland Rd
Orlando, FL 32836

Safari Inn
1911 West Olive Avenue
Burbank, CA 91506

Seaplane Adventures
242 Redwood Highway
Mill Valley, CA 94941

Sheraton Miami Airport Hotel
3900 NW 21st Street
Miami, FL 33142

Sheraton Park Hotel at Anaheim Reso
1855 S Harbor Blvd
Anaheim, CA 92802

Shilo Inn Suites - Coeur d'Alene
702 West Appleway
Coeur D Alene, ID 83814

Shilo Inn Suites Ocean   Hotel Newpo
536 Sw Elizabeth St
Newport, OR 97365

Shilo Inn Suites Oceanfront Hotel S
30 North Prom
Seaside, OR 97138

Shore Cliff Hotel
2555 Price St
Pismo Beach, CA 93449

Silver Palms Inn
830 Truman Ave
Key West, FL 33040

Silver Surf Gulf Beach Resort
1301 Gulf Drive North
Bradenton Beach, FL 34217

Sirata Beach Resort LLC
5300 Gulf Blvd
Saint Petersburg, FL 33706

Skyland Resort
Skyland Upper Loop Mile 41
Luray, VA 22835

Sleep Inn Miami Airport
105 Fairway Drive
Miami, FL 33166

SLS Hotel South Beach
1701 Collins Avenue
Miami Beach, FL 33139

Snow King Resort
400 E Snow King Ave
Jackson, WY 83001

Sole Miami
17315 Collins Ave
North Miami Beach, FL 33160

Sonesta Anaheim
1915 S Manchester Avenue
Anaheim, CA 92802

Sonesta Chicago O'Hare Airport
10233 West Higgins Road
Des Plaines, IL 60018

Sonesta Denver Downtown
1450 Glenarm Place
Denver, CO 80202

Sonesta ES Suites Albuquerque
3300 Prospect Ave NE
Albuquerque, NM 87107

Sonesta ES Suites Carmel Mountain
11002 Rancho Carmel Drive
San Diego, CA 92128

Sonesta ES Suites Colorado Sprin
3880 N Academy Boulevard
Colorado Springs, CO 80917

Sonesta ES Suites Orlando Interna
8480 International Drive
Orlando, FL 32819

Sonesta ES Suites Reno
9845 Gateway Drive
Reno, NV 89521

Sonesta ES Suites San Antonio D
425 Bonham Street
San Antonio, TX 78205

Sonesta ES Suites Scottsdale Par
6040 N Scottsdale Road
Paradise Valley, AZ 85253

Sonesta ES Suites Tucson
6477 E Speedway Blvd
Tucson, AZ 85710

Sonesta Los Angeles Airport
5985 W Century Blvd
Los Angeles, CA 90045

Sonesta Miami Airport
950 NW LeJeune Road
Miami, FL 33126

Sonesta Philadelphia Downtown Ri
1800 Market Street
Philadelphia, PA 19103

Sonesta Redondo Beach & Marina
300 North Harbor Drive
Redondo Beach, CA 90277

Suddath Relocation Systems
South Main Street, Suite 444
Jacksonville, FL 32207

Tempo by Hilton Times Square
P.O. Box 5098
New York, NY 10185

Sonesta Resort Hilton Head Island
136 Shipyard Drive
Miley, SC 29933

Summit One Vanderbilt
1 Vanderbilt Avenue, 28th Floor
New York, NY 10017

Tenaya Lodge at Yosemite
1122 CA-41
Fish Camp, CA 93623

Sonesta Simply Suites Jacksonville
4990 Belfort Road
Jacksonville, FL 32256

SUN VALLEY RESORT
One Sun Valley Rd
Sun Valley, ID 83353

The Anaheim Hotel
1700 South Harbor Boulevard
Anaheim, CA 92802

Sonesta Simply Suites Jersey City
21 2nd Street
Jersey City, NJ 07302

Super 8 at Lake Powell
P.O. BOX 4450
Page, AZ 86040

The Boca Raton
501 E. Camino Real
Delray Beach, FL 33482

Sonesta Simply Suites Las Vegas
4034 South Paradise Road
Las Vegas, NV 89169

T & T SERVICES, INC
17615 NE 9th Avenue
Miami, FL 33162

The Broken Spur Inn & Steakhous
955 East SR 24
Torrey, UT 84775

Sonesta Simply Suites Nanuet
20 Overlook Blvd
Nanuet, NY 10954

T 4 Travel, Inc.
Taylor Road - PMB 158
Port Orange, FL 32128

The Capitol Hotel
711 Union Street
Nashville, TN 37219

Sonesta Simply Suites Salt Lake Cit
2170 West North Temple
Salt Lake City, UT 84116

T-Mobile
PO Box 742596
Cincinnati, OH 45274

The Catalina Hotel & Beach Club
1732 Collins Ave
Miami Beach, FL 33139

Spectrum Business
PO BOX 7195
Pasadena, CA 91109

Tamarack Lodge
163 Twin Lakes Road
Mammoth Lakes, CA 93546

The Churchill Hotel
1914 Connecticut Ave NW
Washington, DC 20009

Stratosphere Casino
2000 Las Vegas Boulevard South
Las Vegas, NV 89104

Tarrytown House Estate on the Hudso
49 E Sunnyside Ln
Tarrytown, NY 10591

The Clift Royal Sonesta
495 Geary St
San Francisco, CA 94102

The Cosmopolitan of Las Vegas
3773 Howard Hughes PKWY
Las Vegas, NV 89169

The Guest House at Graceland
3600 Elvis Presley Blvd
Memphis, TN 38116

The Monsaraz San Diego
1451 Rosecrans Street
San Diego, CA 92106

The D Casino Hotel Las Vegas
301 Fremont Street
Las Vegas, NV 89101

The Inn at Death Valley
Highway 190
Death Valley, CA 92328

The Mozio Group
9450 SW Gemini Dr
Beaverton, OR 97008

The Dana on Mission Bay
1710 W Mission Bay Dr
San Diego, CA 92109

The Inn at Houmas House
40136 HWY 942
Darrow, LA 70725

The Naples Grande Beach Resort
475 Seagate Drive
Naples, FL 34103

The Diplomat Beach Resort
3555 S Ocean Dr
Hollywood, FL 33019

The Inn at Longwood Medical
342 Longwood Avenue
Boston, MA 02115

The New Tropicana Las Vegas
3801 South Las Vegas Boulevard
Las Vegas, NV 89109

The Edgewater Hotel
2411 Alaskan Way, Pier 67
Seattle, WA 98121

The Inn at Montchanin Village & Spa
528 Montchanin Rd
Montchanin, DE 19710

The Palazzo Resort Hotel and Ca
3325 Las Vegas Blvd S.
Las Vegas, NV 89109

The Frederick Hotel
95 West Broadway
New York, NY 10007

The Lodge - RC 14 LLC
2670 Canyons Resort Dr
Park City, UT 84098

The Palms Hotel & Spa
3025 Collins Avenue
Miami Beach, FL 33140

The Gallivant Times Square
234 W 48th Street
New York, NY 10036

The Lucerne Hotel
201 W 79th St
New York, NY 10024

The Peabody Memphis
149 Union Ave
Memphis, TN 38103

The Gallivant Times Square
234 W. 48th Street
South Richmond Hill, NY 11419

The Lucie
10978 S Ocean Drive
Jensen Beach, FL 34957

The Ponce Hotel
1111 N Ponce De Leon Blvd
Saint Augustine, FL 32084

The Grand Hotel at the Grand Canyon
149 Arizona State Hwy 64
Grand Canyon, AZ 86023

The Mirage Casino Hotel
3400 S Las Vegas Blvd
Las Vegas, NV 89109

The Portofino Hotel & Marina
260 Portofino Way
Redondo Beach, CA 90277

The Ranch    Oasis at Death Valley
Highway 190
Death Valley, CA 92328

Tides Inn & Suites
1807 Water Street
Port Townsend, WA 98368

Tropicana Las Vegas - a DoubleT
3801 Las Vegas Boulevard South
Las Vegas, NV 89109


The Revolution Hotel
40 Berkeley Street
Boston, MA 02116

Togwotee Mountain Lodge
P.O. Box 91
Moran, WY 83013

Trump International Hotel Las Veg
2000 Fashion Show Dr
Las Vegas, NV 89109


The St. Clair Hotel - Magnificent M
162 East Ontario Street
Chicago, IL 60611

Top of The Rock Observation Deck
30 Rockefeller Plaza
New York, NY 10112

Trusted Tours of America
201 Front Street, Suite 107
Key West, FL 33040


The Tillary Hotel
85 Flatbush Ave Extension
Brooklyn, NY 11201

TOSHIBA BUSINESS SOLUTION
P.O. BOX 402709
Atlanta, GA 30384

TRYP BY Wyndham Times Square
345 West 35th Street
New York, NY 10001


The Watson Hotel.
440 West 57th St.
New York, NY 10019

Towneplace Sts by Marriott Seaworld
10731 International Drive
Orlando, FL 32821

Tuscany Suites and Casino
255 E Flamingo Rd
Las Vegas, NV 89169


The Whitelaw Hotel
808 Collins Ave
Miami Beach, FL 33139

Tradewinds Island Grand Resort
5500 Gulf Blvd
Saint Petersburg, FL 33706

Under Canvas Bryce Canyon
1325 South Johns Valley Road
Raleigh, NC 27623


Thompson Nashville
401 11th Avenue South
Apopka, FL 32703

Travelodge Florida City
409 S.E. 1st Avenue
Homestead, FL 33034

Under Canvas Inc
13784 US-191
Moab, UT 84532


Thompson San Antonio Riverwalk
115 Lexington Ave
San Antonio, TX 78205

Travelodge of Page
207 North Lake Powell Blvd
Page, AZ 86040

Under Canvas Inc
3955 Kolob Terrace Road
Virgin, UT 84779


Thunderbird Lodge
7 North Village Loop
Grand Canyon, AZ 86023

Treasure Island
3300 S. Las Vegas Boulevard
Las Vegas, NV 89109

Universal Orlando
1000 Universal Studios Plz
Orlando, FL 32819

Universal Orlando Resort
1000 Universal Studios Plaza
Orlando, FL 32819

Urbanica Fifth Hotel
803 Fifth Street
Miami Beach, FL 33139

USD American Ring Travel Inc
PO Box 800-250
Santa Clarita, CA 91380

Venetian Resort Hotel and Casino
3355 Las Vegas Blvd South
Las Vegas, NV 89109

Villas De Santa Fe
400 Griffin Street
Santa Fe, NM 87501

Walt Disney World Swan & Dolphin
1500 Epcot Resorts Boulevard
Orlando, FL 32830

Warwick Hotel
65 W 54th Street
New York, NY 10019

Washington Square Hotel
103 Waverly Place
New York, NY 10011

WDW Tickets paid by PLOG
220 Celebration Place
Kissimmee, FL 34747

Wellington Hotel
871 Seventh Ave.
New York, NY 10019

Westgate Lakes Resort & Spa
9500 Turkey Lake Rd
Orlando, FL 32819

Westgate Las Vegas Resort & Casino
3000 Paradise Road
Las Vegas, NV 89139

Westgate Painted Mountain Golf Reso
6302 E McKellips Rd
Mesa, AZ 85215

Westgate Resorts
2801 Old Winter GardeN Rd
Ocoee, FL 34761

Westgate Vacation Villas Resort
7700 Westgate Blvd
Kissimmee, FL 34747

Westin New York Times Square
270 W 43Rd Street
New York, NY 10036

Wex
I Hancock St
Portland, ME 04101

WinterHaven Hotel
1400 Ocean Drive
Miami Beach, FL 33139

Wuksachi Lodge
64740 Wuksachi Way
Sequoia National Park, CA 93262

Wyndham Garden at Niagara Falls
443 Main Street
Niagara Falls, NY 14301

Wyndham Garden Brooklyn SunseP
457 39th Street
Brooklyn, NY 11232

Wyndham Garden LBV Disney
1850B Hotel Plaza Boulevard
Orlando, FL 32830

Wyndham Philadelphia Historic Dis
400 Arch St
Philadelphia, PA 19106

Wyndham Resort & Conference C
3011 Maingate Lane
Kissimmee, FL 34747

Wyndham Visalia
9000 W Airport Dr
Visalia, CA 93277

Wynn Las Vegas, LLC
3131 Las Vegas Boulevard South
Las Vegas, NV 89109

Xanterra Parks & Resorts
3200 Old Faithful Inn Road
Yellowstone National Park, WY 8219

Yavapai Lodge
11 Yavapai Lodge Rd
Grand Canyon, AZ 86023


Yellowstone Park Hotel
201 Grizzly Ave
West Yellowstone, MT 59758


Yosemite Southgate Hotel, LLC
40644 Hwy 41
Oakhurst, CA 93644


Yosemite View Lodge
P.O. BOX D
El Portal, CA 95318


YOTEL New York City
570 10th Ave
New York, NY 10036


Young Men's Christian Association O
5 W 63 Street
New York, NY 10023


Zion Lodge
1 Zion Canyon Scenic Drive
Springdale, UT 84767


Zion Mountain Ranch
9065 West Highway 9
Mount Carmel, UT 84755