**Fill in this information to identify the case:**

Debtor name   **FTI North America Inc**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:24-bk-03315**

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July  6, 2024**          X **/s/ Keri Edwards**
                                          Signature of individual signing on behalf of debtor

                                          **Keri Edwards**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **FTI North America Inc**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-03315**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **1,057,657.74**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **1,057,657.74**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **2,767,250.30**

4.    **Total liabilities** ..........................................................................................................
    Lines 2 + 3a + 3b                             $     **2,767,250.30**

| Fill in this information to identify the case: |
| --- |
| Debtor name    **FTI North America Inc** |
| United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA |
| Case number (if known)    **6:24-bk-03315** |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JP Morgan Chase** | **checking** | **1552** | $121,938.67 |
| 3.2. | **JP Morgan Chase** | **checking** | **3551** | $463,659.07 |
| 3.3. | **JP Morgan Chase** | **checking** | **0972** | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $585,597.74 |
| --- |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Debtor  **FTI North America Inc**                                    Case number *(If known)* **6:24-bk-03315**
        Name

| | | |
|---|---|---|
| 7.1. | **Landlord- JNS Real Properties LLC** | **$4,460.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **see attached** | **$426,100.00** |

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.

   **$430,560.00**

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11. **Accounts receivable**

   11b. Over 90 days old:        **0.00**        -        **0.00**      =....        **Unknown**
                        face amount            doubtful or uncollectible accounts

12. **Total of Part 3.**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

   **$0.00**

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☑ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

DEPOSITS

| Vendor | USD | Vendor Address |
|---|---|---|
| Circus Circus Las Vegas | 10,000.00 | 2880 Las Vegas Blvd S, Las Vegas 89109 NV - US |
| Disney | 47,850.00 | P.O. Box 1000, Lake Buena Vista 32830 FL - US |
| Golden Nuggets | 10,000.00 | 129 East Fremont St, Las Vegas 89101 NV - US |
| Hilton Waikiki | 25,000.00 | 2005 Kalia Road, Honolulu 96815 HI - US |
| Hilton Waikiroa | 10,000.00 | 69-425 Waikoloa Road, Waikoloa 96738 HI - US |
| Hotel Trader | 50,000.00 | 570 Mountain Ave, Gillette 07933 NJ - US |
| NBC Universal | 3,000.00 | 100 Universal City Plaza Building 5511-5, Universal City 91608 CA |
| Rosen Group | 90,000.00 | 9000 International Drive, Orlando 32819 FL - US |
| Sanctuary Hotel | 80,000.00 | West 47th Street, NEW YORK 10036 NY - US |
| The Cosmopolitan | 10,000.00 | 3773 Howard Hughes PKWY, Suite 190 S, Las Vegas 89169 NV - |
| The Venetian | 35,000.00 | 3355 Las Vegas Blvd South, Las Vegas 89109 NV - US |
| Treasure Island | 5,000.00 | 3300 S. Las Vegas Boulevard, Las Vegs 89109 NV - US |
| Universal Orlando | 5,000.00 | 1000 Universal Studios Plz, Orlando 32819-7601 FL - US |
| Warwick Hotel | 5,000.00 | 65 W 54th Street, New York 10019 NY - US |
| Wellington Hotel | 20,000.00 | 871 Seventh Ave. at 55th Street, New York 10019 NY - US |
| Wynn Las Vegas | 20,000.00 | 3131 Las Vegas Boulevard South, Las Vegas 89109 NV - US |
| Zion Lodge | 250.00 | 1 Zion Canyon Scenic Drive, Springdale 84767 UT - US |
| | 426,100.00 | |

**Accounts Receivable (per currency)**

| Customer name | CAD | EUR | USD |
|---|---|---|---|
| Best Reisen | | | 977.76 |
| BigXtra | 803,339.54 | 35,591.77 | 930,568.36 |
| Ceetiz | | | 5,583.47 |
| DH Travel Services | | | 1,766.00 |
| | | | |
| FTI CH | | 6,877.80 | 173,017.62 |
| FTI DE | - 643,193.23 | 2,051,835.67 | - 12,011,390.88 |
| FTI FR | | 7,584.82 | 67,129.01 |
| FTI Ticketshop | | - 8,970.93 | 4,002.61 |
| GetYourGuide | | | 715.04 |
| Hotelplan | | | 15,560.13 |
| | | | |
| Jumbo Tours | | | 8,315.81 |
| | | | |
| Karavel | | | 3,721.85 |
| | | | |
| Meeting Point Dominicana | | | 184,192.54 |
| Meeting Point Global | 433,108.20 | | 9,351,120.77 |
| Meeting Point International | | | 54,017.88 |
| Meeting Point Mexico | | | 46,750.63 |
| Meeting point North America | | | 1,977.46 |
| Meeting Point Spain | | - 669.41 | 10,640.00 |
| Meeting Point Youtravel | 152.78 | | 1,048,423.85 |
| Mobee International | | | 1,752.00 |
| | | | |
| Satur Travel | | | 29,333.00 |
| Sembo Stena Line Travel | | | 4,167.00 |
| | | | |
| Voyage Prive Group | | | 77,553.42 |

Debtor   **FTI North America Inc**                               Case number *(If known)*  **6:24-bk-03315**
         Name

---

39.  **Office furniture**
     misc tables chairs                          $0.00   | Liquidation   |   $1,000.00

---

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                    $1,000.00
     Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** Computer Server, 15 laptops, 20 desktops, various monitors | $11,700.00 | Tax records | Unknown |

51.  **Total of Part 8.**                                                     $0.00
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 3

Debtor  **FTI North America Inc**                           Case number *(If known)*  **6:24-bk-03315**
_____
Name

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **Furniture -Suddath storage** | **$500.00** |
| **Software for travel business** | **Unknown** |
| **unidentified bookings** | **$40,000.00** |

| 78.  **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$40,500.00** |
|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **FTI North America Inc**        Case number *(If known)* **6:24-bk-03315**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$585,597.74** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$430,560.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$40,500.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,057,657.74** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$1,057,657.74** |

**Fill in this information to identify the case:**

Debtor name    **FTI North America Inc**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-03315**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **FTI North America Inc**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:24-bk-03315**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,808.55 |
|---|---|---|---|

**1 Hotel West Hollywood**
**8490 Sunset Blvd**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.64 |
|---|---|---|---|

**24 North Hotel Key West**
**North Roosevelt Blvd.**
**Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $567.58 |
|---|---|---|---|

**401 Hotel LP Operating**
**401 7th Ave**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,606.40 |
|---|---|---|---|

**Aarchway Inn**
**1551 North Riverview Dr.**
**Moab, UT 84532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $889.79 |
|---|---|---|---|

**AC Hotel Clearwater Beach**
**395 Coronado Drive**
**Clearwater Beach, FL 33767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5.65 |
|---|---|---|---|

**AC Hotel Miami Dadeland**
**7695 N Kendall Dr.**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41.04 |
|---|---|---|---|

**AFLAC**
**1932 WYNNTON ROAD COLOMBUS**
**Columbus, GA 31999**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,065.54 |
|---|---|---|---|

**Aiden by Best Western Sedona**
**2545 West State Route89A**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.70 |
|---|---|---|---|

**Airport Express SFO**
**Wellington Ln**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,701.95 |
|---|---|---|---|

**ALCATRAZ CRUISES LLC.**
**Pier 33 South, Suite 200**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,158.32 |
|---|---|---|---|

**Aloft Miami Dadeland**
**7600 N Kendall Drive**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,204.80** |
|---|---|---|---|
| | **Amadeo Travel Solution**<br>**95 River Street #402**<br>**Hoboken, NJ 07030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Amara Cay Resort**<br>**80001 Overseas Highway**<br>**Islamorada, FL 33036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$426.00** |
|---|---|---|---|
| | **AMERICA 4 YOU**<br>**P.O. BOX 2214**<br>**Fullerton, CA 92837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$769.06** |
|---|---|---|---|
| | **Americana Inn Hotel**<br>**69 West 38th Street**<br>**New York, NY 10018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$391.26** |
|---|---|---|---|
| | **Americania Hotel**<br>**121 7th Street**<br>**San Francisco, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,349.00** |
|---|---|---|---|
| | **Amtrak**<br>**60 Massachusetts Avenue, NE**<br>**Washington, DC 20002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$934.65** |
|---|---|---|---|
| | **Antelope Canyon Tours**<br>**P.O. Box 936**<br>**Page, AZ 86040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,128.36 |
|---|---|---|---|

**Argonaut Hotel**
**495 Jefferson St**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,033.78 |
|---|---|---|---|

**Arlo Nomad**
**11 East 31st Street**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.08 |
|---|---|---|---|

**Arlo Soho**
**231 Hudson Street**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $526.52 |
|---|---|---|---|

**AT&T Mobility**
**P.O. Box 6463**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,845.63 |
|---|---|---|---|

**Atlantis Casino**
**3800 S. Virginia St**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,517.04 |
|---|---|---|---|

**AV-LVH, LLC DBA WESTGATE LAS VEGAS**
**3000 Paradise Road**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Bahia Resort Hotel**
**998 W Mission Bay Dr**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address
**Banana Bay Resort and Marina**
**4590 Overseas Hwy**
**Marathon, FL 33050**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$453.39

---

**3.27** | Nonpriority creditor's name and mailing address
**Barefoot Beach Condo Resort**
**19417 Gulf Blvd**
**Indian Rocks Beach, FL 33785**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$130.61

---

**3.28** | Nonpriority creditor's name and mailing address
**Bay City Bike Rentals & Tours**
**501 Bay Street**
**San Francisco, CA 94133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$28.80

---

**3.29** | Nonpriority creditor's name and mailing address
**Beach Place Hotel**
**8601 Harding Avenue**
**Miami Beach, FL 33141**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$727.32

---

**3.30** | Nonpriority creditor's name and mailing address
**Beachcomber Beach Resort & Hotel**
**6200 Gulf Boulevard**
**Saint Petersburg, FL 33706**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$519.40

---

**3.31** | Nonpriority creditor's name and mailing address
**BEI San Francisco**
**50 8th St**
**San Francisco, CA 94103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$42.21

---

**3.32** | Nonpriority creditor's name and mailing address
**Bell Rock Inn By Diamond Resorts &**
**6246 State Route 179, 86351**
**Sedona, AZ 86351**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **FTI North America Inc**

---
Name

Case number (if known)    **6:24-bk-03315**

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$450.92** |
|---|---|---|---|

**Bell Trans**
**1900 Industrial Road**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,714.77** |
|---|---|---|---|

**Bellwether Beach Resort**
**5250 Gulf Boulevard**
**Saint Petersburg, FL 33706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BENCHMARK HOSPITALITY AT VERO**
**BEACH**
**3244 Ocean Drive**
**Vero Beach, FL 32963**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,560.46** |
|---|---|---|---|

**Bento Living Chestnut**
**321 Hart St**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$613.98** |
|---|---|---|---|

**Best Western Atlantic Beach**
**4101 Collins Avenue**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103.90** |
|---|---|---|---|

**Best Western Grand Canyon Squire In**
**PO BOX 130**
**Grand Canyon, AZ 86023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,490.36** |
|---|---|---|---|

**Best Western International Drive**
**1955 Harrison Street, Suite 200**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,118.32 |
|---|---|---|---|

**Best Western Plus Bayside Inn**
555 W Ash St
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,255.83 |
|---|---|---|---|

**Best Western Plus Bryce Canyon Gran**
P.O. BOX 640009
Bryce, UT 84764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,556.60 |
|---|---|---|---|

**Best Western PLUS Dragon Gate Inn**
818 North Hill St
Los Angeles, CA 90012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577.27 |
|---|---|---|---|

**Best Western Plus Encina Inn & Suit**
2220 Bath Street
Santa Barbara, CA 93105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,031.96 |
|---|---|---|---|

**Best Western Ruby's Inn**
P.O. BOX 640001
Bryce, UT 84764

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.73 |
|---|---|---|---|

**Best Western San Diego Zoo**
2485 Hotel Circle Place
San Diego, CA 92108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,401.32 |
|---|---|---|---|

**Best Western Savannah Historic Dist**
412 West Bay Street
Savannah, GA 31401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$706.20** |
|---|---|---|---|

**Best Western Town and Country Lodge**
**1051 N Blackstone Street**
**Tulare, CA 93274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$834.35** |
|---|---|---|---|

**Beverly Hills Marriott**
**1150 S Beverly Dr**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bienville House**
**320 Decatur Street**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$343.00** |
|---|---|---|---|

**Big Bus Tours**
**723 7th Avenue, 5th Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151.20** |
|---|---|---|---|

**Big Bus Tours Chicago**
**723 7th Avenue 5th Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.92** |
|---|---|---|---|

**Big Bus Tours Las Vegas**
**723 7th Avenue 5th Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44.80** |
|---|---|---|---|

**Big Bus Tours Miami**
**723 7th Avenue 5th Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **FTI North America Inc**      Case number (if known)   **6:24-bk-03315**

Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $102.20 |
|---|---|---|---|

**Big Bus Tours San Francisco**
**723 7th Avenue 5th Floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.98 |
|---|---|---|---|

**Big Meadows Lodge**
**2, Mile 51, Skyline Drive**
**Stanley, VA 22851**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bindlestiff Tours**
**W Patrick Lane**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bliss Wedding Chapel**
**827 Las Vegas Blvd South**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.18 |
|---|---|---|---|

**Blue Moon Hotel**
**944 Collins Avenue**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,801.31 |
|---|---|---|---|

**Blue Tree Resort**
**12007 Cypress Run Rd**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16.83 |
|---|---|---|---|

**Bluestem Hotel Torrance-LA**
**2448 Sepulveda Blvd**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FTI North America Inc**
_____
Name

Case number (if known)   **6:24-bk-03315**

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,990.13**
---|---|---

**Bright Angel Lodge**
**9 North Village Loop**
**Grand Canyon, AZ 86023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$493.63**

**Brighthouse Network**
**3767 All American Blvd**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5.00**

**BROADWAY INBOUND**
**520 Eighth Avenue, 11th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,271.07**

**Bryce View Lodge**
**P.O. BOX 640002**
**Bryce, UT 84764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$36.67**

**California Academy of Sciences**
**55 Music Concourse Dr**
**San Francisco, CA 94118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$227.44**

**Cambria Hotel and Suites Anaheim**
**101 East Katella Avenue**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$346.50**

**Camelback Resort**
**193 Resort Drive**
**Tannersville, PA 18372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$587.80**

**Candlewood Suites Anaheim**
**PO Box 25368**
**Anaheim, CA 92825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,462.06**

**Candlewood Suites Times Square**
**339 West 39th Street**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,238.40**

**Canyon Lodge and Cabins**
**41 Clover Ln**
**Yellowstone National Park, WY 82190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,197.86**

**Canyon Plaza Resort**
**PO Box 520**
**Grand Canyon, AZ 86023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$506.88**

**Capitol Reef Resort**
**P.O. Box 750160**
**Torrey, UT 84775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$574.52**

**Carmel Hotel Enterprises, Inc.**
**201 Broadway**
**Santa Monica, CA 90401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,182.94**

**Cedar Lodge**
**9966 Highway 140**
**El Portal, CA 95318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **FTI North America Inc**

Name

Case number (if known)  **6:24-bk-03315**

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $579.12 |
|---|---|---|---|

**Chesterfield Hotel & Suites**
**855 Collins Ave.**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,848.94 |
|---|---|---|---|

**Circa Resort & Casino - Adults Only**
**8 Fremont Street**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116.10 |
|---|---|---|---|

**Circa39 Hotel**
**3900 Collins Avenue**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Circus Circus Las Vegas**
**2880 Las Vegas Blvd S**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,908.73 |
|---|---|---|---|

**Circus Circus Las Vegas**
**2880 South Las Vegas Boulevard**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,713.02 |
|---|---|---|---|

**CITY PASS**
**27 Arrow Root Lane**
**Victor, ID 83455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $168.00 |
|---|---|---|---|

**City Sightseeing San Francisco**
**1331 Columbus Ave**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FTI North America Inc**
_____
Name

Case number (if known)   **6:24-bk-03315**

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.82   **Nonpriority creditor's name and mailing address**

**Clarion Inn - Page**
**P.O. BOX 4450**
**Page, AZ 86040**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$2,018.48**

---

3.83   **Nonpriority creditor's name and mailing address**

**Clarion Inn Hotel & Suites Miami Ai**
**5301 NW 36 Street**
**Miami, FL 33166**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$118.65**

---

3.84   **Nonpriority creditor's name and mailing address**

**Coast Gateway Hotel**
**18415 International Blvd**
**Seattle, WA 98188**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$3,648.58**

---

3.85   **Nonpriority creditor's name and mailing address**

**Coco Key Hotel & Water Resort**
**7400 International Drive**
**Orlando, FL 32821**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$164.01**

---

3.86   **Nonpriority creditor's name and mailing address**

**Coco Key Hotel & Water Resort**
**International Drive**
**Orlando, FL 32819**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$4,356.33**

---

3.87   **Nonpriority creditor's name and mailing address**

**Collins Hotel**
**6600 Collins Ave.**
**Miami Beach, FL 33141**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$18,670.63**

---

3.88   **Nonpriority creditor's name and mailing address**

**Comfort Inn Boston**
**Morrissey Blvd**
**Boston, MA 02122**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ■ No  ☐ Yes

**$329.47**

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$394.44**

**Comfort Inn by the Bay**
**2775 Van Ness Ave**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$768.36**

**Comfort Inn Conference Center**
**699 Rodi Road**
**Pittsburgh, PA 15235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,369.08**

**Comfort Inn Downtown Memphis**
**100 N Front St**
**Memphis, TN 38103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$273.24**

**Comfort Inn Falls Church**
**6111 Arlington Boulevard**
**Falls Church, VA 22044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$927.91**

**Comfort Inn International Drive**
**1955 Harrison Street, Suite 200**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,598.80**

**Comfort Inn JFK**
**132-15 Nassau Expressway**
**South Ozone Park, NY 11420**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,170.40**

**Comfort Inn Prospect Park Brooklyn**
**150 20th Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FTI North America Inc** | | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,524.22 |
|---|---|---|---|

**Comfort Inn Santa Monica-West Los A**
**2815 Santa Monica Blvd**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329.48 |
|---|---|---|---|

**Comfort Suites Lafayette**
**114 Rue Fernand**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,759.40 |
|---|---|---|---|

**Connecticut Ave Days Inn**
**4400 Connecticut Ave NW**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,716.69 |
|---|---|---|---|

**Conrad New York Midtown**
**151 W 54th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Country Inn and Suites Newark Airpo**
**100 International Blvd**
**Elizabeth, NJ 07201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,403.28 |
|---|---|---|---|

**Courtyard by Marriott Lyndhurst**
**1 Polito Avenue**
**Lyndhurst, NJ 07071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.80 |
|---|---|---|---|

**Courtyard Clearwater Beach Marina**
**455 E Shore Drive**
**Clearwater Beach, FL 33767**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FTI North America Inc**
_____
Name

Case number (if known)   **6:24-bk-03315**

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.41 |

**Crowne Plaza Baton Rouge**
**4728 Constitution Ave.**
**Baton Rouge, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,855.59 |

**Crowne Plaza Dallas Downtown**
**1015 Elm Street**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,459.66 |

**Crowne Plaza Golf and Tennis Resort**
**1 Resort Drive**
**Asheville, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.76 |

**Crowne Plaza Lake Buena Vista**
**8686 Palm Parkway**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,602.00 |

**Crowne Plaza Memphis Downtown**
**300 N 2Nd St**
**Memphis, TN 38105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.28 |

**Crowne Plaza Orlando Universal**
**7800 Universal Blvd**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,481.48 |

**Crystal Inn Downtown**
**230 West 500 South**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **FTI North America Inc**        Case number (if known)    **6:24-bk-03315**

Name

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$121.54**

**Days Inn Historic St. Augustine**
**1300 Ponce de Leon Blvd**
**Saint Augustine, FL 32084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$636.36**

**Days Inn Natchez**
**Highway 61 S**
**Natchez, MS 39120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$227.48**

**DiamondHead Beach Resort**
**2000 Estero Boulevard**
**Fort Myers Beach, FL 33931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,202.19**

**Disney Destinations, LLC Hotels**
**P.O. Box 1000**
**Orlando, FL 32830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,850.00**

**DISNEY DESTINATIONS-TICKET OFFICE**
**200 CELEBRATIONS PLACE 8TH FL**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,813.33**

**Dolphin Beach Resort**
**4900 Gulf Boulevard**
**Saint Petersburg, FL 33706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,717.98**

**Dorchester**
**1850 Collins Ave**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **FTI North America Inc**                Case number (*if known*)   **6:24-bk-03315**

Name

---

**3.117**  **Nonpriority creditor's name and mailing address**

**Doubletree by Hilton Hotel Flagstaf**
**1175 W Route 66**
**Flagstaff, AZ 86001**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$920.58**

---

**3.118**  **Nonpriority creditor's name and mailing address**

**DoubleTree by Hilton Hotel NY**
**8 Stone Street**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,659.63**

---

**3.119**  **Nonpriority creditor's name and mailing address**

**DoubleTree by Hilton NY Times Sq.**
**350 w 40th Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$70,593.93**

---

**3.120**  **Nonpriority creditor's name and mailing address**

**DoubleTree by Hilton Orlando E UCF**
**12125 High Tech Avenue**
**Orlando, FL 32817**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$73.13**

---

**3.121**  **Nonpriority creditor's name and mailing address**

**DoubleTree Htl & Sts Houston Galler**
**5353 Westheimer Road**
**Houston, TX 77056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,345.14**

---

**3.122**  **Nonpriority creditor's name and mailing address**

**Doubletree Ocean Point Resort and S**
**17375 Collins Avenue**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$298.32**

---

**3.123**  **Nonpriority creditor's name and mailing address**

**Doubletree Sonoma Wine Country**
**1 Doubletree Drive**
**Rohnert Park, CA 94928**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,305.80**

**DoubleTree Universal**
**5780 Major Blvd**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28,197.92**

**Drury Plaza Hotel Orlando**
**2000 Hotel Plaza Blvd**
**Orlando, FL 32830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$239.16**

**EB Hotel Miami**
**4299 Northwest 36th St**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$514.28**

**EB Hotel Miami**
**4299 NW 36th Street, Suite 1**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,199.22**

**El Tovar Lodge**
**1 El Tovar Road**
**Grand Canyon, AZ 86023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$590.75**

**Elvis Presley Enterprises**
**3734 Elvis Presley Blvd**
**Memphis, TN 38126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,641.90**

**Embassy Hotel**
**610 Polk St**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FTI North America Inc**

Name

Case number (if known)   **6:24-bk-03315**

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $457.08 |
|---|---|---|---|

**Embassy Suites Anaheim South**
**11767 Harbor Blvd**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Embassy Suites by Hilton FL**
**1100 SE 17th Street**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,756.14 |
|---|---|---|---|

**Encore at Wynn Las Vegas**
**3121 S Las Vegas Blvd**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $814.26 |
|---|---|---|---|

**ESB Observatory LLC**
**5th Ave Suite 300**
**New York, NY 10118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.58 |
|---|---|---|---|

**Even Hotel Miami Airport**
**3499 N.W. 25th Street**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $397.09 |
|---|---|---|---|

**Even Hotel Midtown East**
**E 44th Street**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Even Hotel Rockville**
**1175 Rockville Pike**
**Rockville, MD 20852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$418.00** |
|---|---|---|---|

**Everglades Safari**
**26700 Southwest 8th Street**
**Miami, FL 33194**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7.45** |
|---|---|---|---|

**Everline Resort and Spa**
**400 Squaw Creek Rd**
**Olympic Valley, CA 96146**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$886.92** |
|---|---|---|---|

**Exclusive Properties Inc/TheMimosa**
**6525 Collins Avenue**
**Miami Beach, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$674.00** |
|---|---|---|---|

**Extranomical Tours, LLC**
**2860 Fleetwood Drive**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$218.26** |
|---|---|---|---|

**Fairfield Inn & Suites Near Univers**
**5614 Vineland Road**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,491.37** |
|---|---|---|---|

**Fairfield Inn & Suites NY Man CPark**
**538 West 58th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$651.60** |
|---|---|---|---|

**Fairfield Inn & Suites Oakhurst Yos**
**40780 Highway 41**
**Oakhurst, CA 93644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|---|

---

**3.145** | Nonpriority creditor's name and mailing address

**FAIRMONT OLYMPIC HOTEL**
**411 UNIVERSITY STREET**
**Seattle, WA 98101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$631.69**

---

**3.146** | Nonpriority creditor's name and mailing address

**FantasyWorld Resort**
**5005 Kyng's Heath Road**
**Kissimmee, FL 34746**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$7.93**

---

**3.147** | Nonpriority creditor's name and mailing address

**Fifty Hotel & Suites**
**155 East 50th Street (at Third Avenue),**
**New York, NY 10022**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,055.07**

---

**3.148** | Nonpriority creditor's name and mailing address

**Fontainebleau Miami Beach**
**4441 Collins Ave**
**Miami Beach, FL 33140**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$26,380.46**

---

**3.149** | Nonpriority creditor's name and mailing address

**Four Queens Hotel & Casino**
**202 Fremont Street**
**Las Vegas, NV 89101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$54,567.75**

---

**3.150** | Nonpriority creditor's name and mailing address

**FURY MANAGMENT INC.**
**313 Margaret Street**
**Key West, FL 33040**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8.96**

---

**3.151** | Nonpriority creditor's name and mailing address

**Galleria Park Hotel**
**191 Sutter Street**
**San Francisco, CA 94104**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$66.02**

---

Debtor    **FTI North America Inc**                                    Case number (if known)    **6:24-bk-03315**
_____
Name

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,600.74** |
|---|---|---|---|

**Galleria Park Hotel**
**191 Sutter St**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$469.98** |
|---|---|---|---|

**Gateway Hotel Santa Monica**
**1920 Santa Monica Blvd**
**Santa Monica, CA 90404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,474.62** |
|---|---|---|---|

**Go Airport Shuttle**
**1200 W. 35th St. 3rd floor**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$862.64** |
|---|---|---|---|

**Golden Gate Hotel & Casino**
**1 Fremont Street (near The Strip),**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,126.31** |
|---|---|---|---|

**Golden Nugget Las Vegas Hotel & Cas**
**129 East Fremont St**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11.05** |
|---|---|---|---|

**Goulding's Monument Valley**
**1000 Main Street**
**Monument Valley, UT 84536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,302.49** |
|---|---|---|---|

**Grand America hotel**
**555 South Main St**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FTI North America Inc** | | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,126.79 |
|---|---|---|---|

**Grand Beach Hotel Surfside West**
**9418 Collins Avenue**
**Miami Beach, FL 33154**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $530.24 |
|---|---|---|---|

**Grand Canyon Railway Hotel**
**235 N Grand Canyon Blvd**
**Williams, AZ 86046**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $374.00 |
|---|---|---|---|

**Grand Canyon Scenic Airlines**
**1265 Airport Rd**
**Boulder City, NV 89005**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grand Hotel Kissimmee**
**3104 Parkway Blvd**
**Kissimmee, FL 34747**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Grand Hotel Orlando**
**7825 Universal Blvd**
**Orlando, FL 32819**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.50 |
|---|---|---|---|

**Grand Hotel Orlando at Universal Bl**
**7825 Universal Blvd**
**Orlando, FL 32819**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,638.22 |
|---|---|---|---|

**Grant Village**
**24 Rainbow Loop**
**Yellowstone National Park, WY 82190**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FTI North America Inc**                                     Case number (if known)   **6:24-bk-03315**
_____
Name

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $123.00 |
|---|---|---|---|

**GRAY LINE OF NEW ORLEANS**
**600 Decatur St. Suite 308**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,269.68 |
|---|---|---|---|

**Gray Wolf Inn & Suites**
**250 S Canyon Street**
**West Yellowstone, MT 59758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $413.30 |
|---|---|---|---|

**GRAYLINE OF ORLANDO**
**7041 Grand National Dr, Ste #109**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,534.18 |
|---|---|---|---|

**GreenTree Inn & Sts Phoenix Sky Hrb**
**4234 S. 48th Street**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,443.18 |
|---|---|---|---|

**GreenTree Inn Flagstaff**
**S Woodlands Village Blvd**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gulfcoast Inn of Naples**
**2555 9th ST N**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,888.27 |
|---|---|---|---|

**Hampton Inn & Suites Asheville**
**Brevard Road**
**Asheville, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **FTI North America Inc**
_____
Name

Case number (if known)  **6:24-bk-03315**

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.63
--- | --- | --- | ---

**Hampton Inn & Suites Bakersfield N**
**8818 Spectrum Park Way**
**Bakersfield, CA 93308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** Nonpriority creditor's name and mailing address

**Hampton Inn & Suites Elizabeth Newa**
**100 International Blvd**
**Elizabeth, NJ 07201**

As of the petition filing date, the claim is: Check all that apply.                    $174.52

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** Nonpriority creditor's name and mailing address

**Hampton Inn & Suites Orlando**
**7448 North International Drive**
**Orlando, FL 32819**

As of the petition filing date, the claim is: Check all that apply.                    $3,753.47

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** Nonpriority creditor's name and mailing address

**Hampton Inn (Morehead City)**
**4035 Arendell Street**
**Morehead City, NC 28557**

As of the petition filing date, the claim is: Check all that apply.                    $794.90

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** Nonpriority creditor's name and mailing address

**Hampton Inn JFK Airport**
**144-10 135th Avenue**
**Jamaica, NY 11436**

As of the petition filing date, the claim is: Check all that apply.                    $163.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178** Nonpriority creditor's name and mailing address

**Hampton Inn Oakhurst - Yosemite**
**40740 Highway 41**
**Oakhurst, CA 93644**

As of the petition filing date, the claim is: Check all that apply.                    $464.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.179** Nonpriority creditor's name and mailing address

**Hampton Inn Times Square South**
**337 West 39th Street**
**New York, NY 10018**

As of the petition filing date, the claim is: Check all that apply.                    $31,810.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **FTI North America Inc**

        Name

Case number (if known)   **6:24-bk-03315**

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,452.51 |
|---|---|---|---|

**Hampton Inn Tropicana**
**S. Dean Martin Drive**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.15 |
|---|---|---|---|

**Handlery Union Square Hotel**
**180 Geary Street Suite 700**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,164.87 |
|---|---|---|---|

**HANDLERY_HOTEL_SAN_DIEGO**
**950 Hotel Circle North**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,458.86 |
|---|---|---|---|

**HANDLERY_UNION_SQUARE**
**351 Geary Street**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.97 |
|---|---|---|---|

**Harmony Suites**
**58 Taylor Avenue**
**Manasquan, NJ 08736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,985.75 |
|---|---|---|---|

**Helicopter Flight Services, Inc**
**Downtown Manhattan Heliport 6 East**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**Heritage Inn Yosemite/Sonora**
**PO BOX 1269**
**El Toro, CA 92609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FTI North America Inc** | | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$45.60** |
|---|---|---|---|

**Hilton Cabana Miami Beach**
**Collins Ave.**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$915.04** |
|---|---|---|---|

**Hilton Cocoa Beach Ocean**
**1550 North Atlantic Avenue**
**Cocoa Beach, FL 32931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$465.29** |
|---|---|---|---|

**Hilton Garden Inn Arlington Courtho**
**1333 N Courthouse Road**
**Arlington, VA 22201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$196.67** |
|---|---|---|---|

**Hilton Garden Inn Center City**
**1100 Arch Street**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,256.28** |
|---|---|---|---|

**Hilton Garden Inn Miami South Beach**
**2940 Collins Ave**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,061.64** |
|---|---|---|---|

**Hilton Garden Inn Midtown East**
**East 52 Street**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,277.73** |
|---|---|---|---|

**Hilton Garden Inn Tribeca**
**Avenue of the Americas**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.194**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,012.32 |
|---|---|---|
| **Hilton Hawaiian Village Waikiki Bea** <br> **2005 Kalia Road** <br> **Honolulu, HI 96815** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.195**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,143.52 |
|---|---|---|
| **Hilton Naples** <br> **5111 Tamiami Trail North** <br> **Naples, FL 34103** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.196**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,216.06 |
|---|---|---|
| **Hilton New Orleans Riverside** <br> **Poydras Street** <br> **New Orleans, LA 70130** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.197**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,953.31 |
|---|---|---|
| **Hilton San Francisco Union Square** <br> **333 O'Farrell St** <br> **San Francisco, CA 94102** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.198**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $793.12 |
|---|---|---|
| **Hilton Santa Barbara Beach** <br> **633 East Cabrillo Boulevard** <br> **Santa Barbara, CA 93103** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.199**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|
| **Hilton Waikoloa Village** <br> **69-425 Waikoloa Road** <br> **Waikoloa, HI 96738** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.200**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $586.46 |
|---|---|---|
| **HISTORIC TOUR - HTA FINANCE** <br> **201 Front Street Suite 107** <br> **Key West, FL 33040** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **FTI North America Inc**
_____     Case number (if known)   **6:24-bk-03315**
Name

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $67.80 |
|---|---|---|---|

**Holiday Inn & Suites Philadelphia W**
**5400 Ferne Boulevard**
**Drexel Hill, PA 19026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Holiday Inn Airport West Palm Beach**
**1955 Harrison St.**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.95 |
|---|---|---|---|

**Holiday Inn at Buffalo Bill Village**
**1701 Sheridan Ave**
**Cody, WY 82414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,693.24 |
|---|---|---|---|

**Holiday Inn Club Vacations at Orang**
**9271 S. John Young Pkwy**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,990.12 |
|---|---|---|---|

**Holiday Inn Downtown Superdome**
**330 Loyola Avenue**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,163.70 |
|---|---|---|---|

**Holiday Inn Express & Sts Seaworld**
**10771 International Drive**
**Orlando, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,292.79 |
|---|---|---|---|

**Holiday Inn Express & Suites**
**1785 5th Ave.**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **FTI North America Inc**
_____
Name

Case number (if known)   **6:24-bk-03315**

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,118.82 |
|---|---|---|---|

**Holiday Inn Express & Suites Page**
**P.O.Box 4450**
**Page, AZ 86040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $725.92 |
|---|---|---|---|

**Holiday Inn Express Hotel and Suite**
**1707 Old Country Rd Rt58**
**Riverhead, NY 11901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,845.17 |
|---|---|---|---|

**Holiday Inn Express LAX**
**8620 Airport Blvd**
**Los Angeles, CA 90045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,248.96 |
|---|---|---|---|

**Holiday Inn Express Midtown**
**1305 Walnut St.**
**Philadelphia, PA 19107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,528.03 |
|---|---|---|---|

**Holiday Inn Express Midtown West**
**West 48th street**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $92.97 |
|---|---|---|---|

**Holiday Inn Express New Orleans**
**334 O'Keefe Ave**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $816.16 |
|---|---|---|---|

**Holiday Inn Express Oakhurst - Yose**
**40820 Highway 41**
**Oakhurst, CA 93644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.215** | Nonpriority creditor's name and mailing address

**Holiday Inn Hotel & Suites**
**506 West Harrison Street**
**Chicago, IL 60607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,389.36**

---

**3.216** | Nonpriority creditor's name and mailing address

**Holiday Inn Hotel & Suites Harbours**
**401 2ND STREET**
**Indian Rocks Beach, FL 33785**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,278.34**

---

**3.217** | Nonpriority creditor's name and mailing address

**Holiday Inn Hotel and Suites Clearw**
**521 S Gulfview Blvd**
**Clearwater Beach, FL 33767**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$269.62**

---

**3.218** | Nonpriority creditor's name and mailing address

**Holiday Inn Hotel and Suites Univer**
**5905 Kirkman Road**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$258.75**

---

**3.219** | Nonpriority creditor's name and mailing address

**Holiday Inn Lower East Side**
**150 Delancey Street**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,219.86**

---

**3.220** | Nonpriority creditor's name and mailing address

**Holiday Inn Miami Beach**
**4333 Collins Avenue**
**Miami Beach, FL 33140**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,199.18**

---

**3.221** | Nonpriority creditor's name and mailing address

**Holiday Inn Miami International Aip**
**1111 S. Royal Poinciana Blvd**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,678.10**

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,259.11**

**Holiday Inn New York City Times Sq**
**585 8th Avenue**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.223** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$222.76**

**Holiday Inn Orlando Int Airport**
**5750 T.G. Lee Boulevard**
**Orlando, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$148.50**

**Holiday Inn Resort Daytona Beach**
**1615 South Atlantic Ave**
**Daytona Beach, FL 32118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,029.40**

**Holiday Inn Resort Lake Buena Vista**
**13351 State Road 535**
**Orlando, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,294.06**

**Holiday Inn Riverview Charleston**
**301 Savannah Hwy**
**Charleston, SC 29407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.33**

**Holiday Inn Toronto Downtown Centre**
**30 Carlton Street**
**Toronto M5B 2E9 ON - CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Homewood French Quarter**
**317 N Rampart Street**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.229** | Nonpriority creditor's name and mailing address
**Hotel Beacon**
**2130 Broadway**
**New York, NY 10023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,590.79**

---

**3.230** | Nonpriority creditor's name and mailing address
**Hotel Bellclaire**
**2175 Broadway**
**New York, NY 10024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,986.38**

---

**3.231** | Nonpriority creditor's name and mailing address
**Hotel Breakwater South Beach**
**940 Ocean Dr**
**Miami Beach, FL 33139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$90.29**

---

**3.232** | Nonpriority creditor's name and mailing address
**Hotel Caza**
**Columbus Avenue**
**San Francisco, CA 94133**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,409.72**

---

**3.233** | Nonpriority creditor's name and mailing address
**Hotel Chelsea**
**944 Washington Ave**
**Miami Beach, FL 33139**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$375.74**

---

**3.234** | Nonpriority creditor's name and mailing address
**Hotel Croydon**
**Collins Ave**
**Miami Beach, FL 33140**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.235** | Nonpriority creditor's name and mailing address
**Hotel Croydon**
**3720 Collins Ave**
**Miami Beach, FL 33140**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$288.19**

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.236**

**Nonpriority creditor's name and mailing address**
**Hotel Del Sol by Joie de Vivre Hote**
**3100 Webster Street**
**San Francisco, CA 94123**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$953.13**

---

**3.237**

**Nonpriority creditor's name and mailing address**
**Hotel Edison**
**228 W 47th Street**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,648.78**

---

**3.238**

**Nonpriority creditor's name and mailing address**
**Hotel Griffon**
**155 Steuart Street**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$235.60**

---

**3.239**

**Nonpriority creditor's name and mailing address**
**Hotel Indigo East End**
**1830 West Main Street**
**Riverhead, NY 11901**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6.96**

---

**3.240**

**Nonpriority creditor's name and mailing address**
**Hotel Indigo Memphis Downtown**
**22 North B.B. King Boulevard**
**Memphis, TN 38103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,424.51**

---

**3.241**

**Nonpriority creditor's name and mailing address**
**Hotel Maya - a Doubletree Hotel**
**Queensway Dr**
**Long Beach, CA 90802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,187.14**

---

**3.242**

**Nonpriority creditor's name and mailing address**
**Hotel Moab Downtown**
**168 EAST CENTER STREET**
**Moab, UT 84532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$510.17**

---

Debtor   **FTI North America Inc**
_____
Name

Case number (if known)   **6:24-bk-03315**

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$221.60**
**Hotel Monteleone**
**214 Royal St**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$476.06**
**Hotel Shelley**
**844 Collins Ave**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,537.44**
**Hotel Spero**
**405 Taylor Street**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$129,675.94**
**Hotel Trader LLC**
**570 Mountain Ave**
**Gillette, NJ 07933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,121.77**
**Hotel Washington**
**515 15th Street, NW**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$546.78**
**Hotel Zoe Fisherman's Wharf**
**425 North Point St**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,191.86**
**Hotel Zoe Fisherman's Wharf**
**425 N Point Street**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **FTI North America Inc**
_____
Name

Case number (if known)    **6:24-bk-03315**

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$807.30** |
|---|---|---|---|

**Howard Johnson Plaza Hotel Anaheim**
**1380 South Harbor Blvd**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,402.31** |
|---|---|---|---|

**Howard Johnson Rapid City**
**950 North Street**
**Rapid City, SD 57701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$621.09** |
|---|---|---|---|

**Hudson Hotel**
**West 58th Street**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,906.73** |
|---|---|---|---|

**Hyatt Centric 39th and 5th New York**
**16 East 39th Street**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,888.38** |
|---|---|---|---|

**Hyatt Place Moab**
**890 North Main Street**
**Moab, UT 84532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$388.62** |
|---|---|---|---|

**Hyatt Place Nashville Opryland**
**220 Rudy Cir**
**Nashville, TN 37214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Hyatt Place Tampa Downtown**
**325 N Florida Ave**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FTI North America Inc** | Case number *(if known)* | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.257**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.05** |
|---|---|---|
| **Hyatt Place Universal** | ☐ Contingent | |
| **Caravan Court** | ☐ Unliquidated | |
| **Orlando, FL 32819** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.258**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Iberostar 70 Park Avenue** | ☐ Contingent | |
| **Park Avenue** | ☐ Unliquidated | |
| **New York, NY 10016** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.259**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,162.97** |
|---|---|---|
| **Inn by the Harbor** | ☐ Contingent | |
| **433 W Montecito St** | ☐ Unliquidated | |
| **Santa Barbara, CA 93101** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.260**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$330.40** |
|---|---|---|
| **Inside Out Tours** | ☐ Contingent | |
| **West 19th Street** | ☐ Unliquidated | |
| **New York, NY 10011** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.261**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6.90** |
|---|---|---|
| **Insightseeing Inc.** | ☐ Contingent | |
| **Stuyvesant Place #5J** | ☐ Unliquidated | |
| **Staten Island, NY 10301** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.262**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,422.68** |
|---|---|---|
| **JNS Real Properties LLC** | ☐ Contingent | |
| **2110 NW 95th Avenue** | ☐ Unliquidated | |
| **Miami, FL 33172** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.263**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,466.18** |
|---|---|---|
| **Kachina Lodge** | ☐ Contingent | |
| **5 North Village Loop** | ☐ Unliquidated | |
| **Grand Canyon, AZ 86023** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **FTI North America Inc** | Case number *(if known)* | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kalaloch Lodge at Olympic National**
**157151 US-101**
**Forks, WA 98331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12.14**

**Kayenta Monument Valley Inn**
**1000 Market Street Bldg 1**
**Portsmouth, NH 03801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$966.53**

**King George Hotel**
**334 Mason Street**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,840.38**

**Kinzie Hotel**
**20 West Kinzie Street**
**Chicago, IL 60654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kohl's Ranch Lodge by Diamond Resor**
**202 South Kohl's Ranch Lodge Road**
**Payson, AZ 85541**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,253.35**

**Kona Kai Resort & Spa**
**1551 Shelter Island Dr**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$926.51**

**Kona Kai Resort and Spa**
**1551 Shelter Island Drive**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FTI North America Inc | Case number (if known) | 6:24-bk-03315 |
|---|---|---|---|
| | Name | | |

---

**3.271** Nonpriority creditor's name and mailing address

**L.F. LIMO SERVICES**
**2437 94th Street**
**East Elmhurst, NY 11369**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.272** Nonpriority creditor's name and mailing address

**La Quinta Inn & Suites Miami Airpor**
**8730 NW 27th St**
**Miami, FL 33172**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$111.87**

---

**3.273** Nonpriority creditor's name and mailing address

**La Quinta Inn & Suites Seatac #675**
**2824 S. 188th Street**
**Seattle, WA 98188**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,520.63**

---

**3.274** Nonpriority creditor's name and mailing address

**La Quinta Inn and Suites LAX**
**5249 W. Century Boulevard**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,252.07**

---

**3.275** Nonpriority creditor's name and mailing address

**La Quinta Inn by Wyndham Tucson Eas**
**6404 E Broadway Blvd**
**Tucson, AZ 85710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$849.98**

---

**3.276** Nonpriority creditor's name and mailing address

**La Quinta Inn International Drive**
**5825 International Dr**
**Orlando, FL 32819**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$163.13**

---

**3.277** Nonpriority creditor's name and mailing address

**La Quinta Resort & Club - The Waldo**
**49-499 Eisenhower Drive**
**La Quinta, CA 92253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$110.99**

---

Debtor **FTI North America Inc**
_____
Name

Case number (if known)    **6:24-bk-03315**

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**La Siesta Resort & Marina**
**Overseas Highway**
**Islamarada, FL 33036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,950.10 |
|---|---|---|---|

**Lago Mar Resort and Club**
**1700 South Ocean Lane**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,030.92 |
|---|---|---|---|

**Lake Buena Vista Resort & Village**
**7055 S. Kirkman Rd**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.73 |
|---|---|---|---|

**LAKE POWELL RESORTS**
**PO Box 1926**
**Page, AZ 86040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,875.26 |
|---|---|---|---|

**Lake Yellowstone Hotel & Cabins**
**235 Yellowstone Lake Road**
**Yellowstone National Park, WY 82190**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,068.29 |
|---|---|---|---|

**Lancaster Arts Hotel**
**Harrisburg Avenue**
**Lancaster, PA 17603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,257.14 |
|---|---|---|---|

**LaPlaya Beach and Golf Resort**
**9891 Gulf Shore Drive**
**Naples, FL 34108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $85.50 |
| --- | --- | --- | --- |

**Legacy Vacation Resorts Lake Buena**
**8451 Palm Parkway**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $442.65 |
| --- | --- | --- | --- |

**Legacy Vacation Resorts Orlando**
**2800 N. Poinciana Blvd**
**Kissimmee, FL 34746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $72.64 |
| --- | --- | --- | --- |

**Legacy Vacation Resorts Reno**
**140 Court St**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $104.38 |
| --- | --- | --- | --- |

**Legends OWO, LLC**
**285 Fulton Street**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,189.02 |
| --- | --- | --- | --- |

**Lennox Hotel Miami Beach**
**1900 Collins Avenue**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $704.97 |
| --- | --- | --- | --- |

**Lexington Hotel Miami Beach**
**4299 Collins Avenue**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Lincoln Arms Suites**
**1800 James Ave**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __FTI North America Inc_____    Case number (if known)    __6:24-bk-03315__
      Name

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,168.56 |
|---|---|---|---|

**LITTLE AMERICA HOTEL**
**500 South Main St**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,313.25 |
|---|---|---|---|

**Los Abrigados Resort & Spa**
**160 Portal Lane**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,997.28 |
|---|---|---|---|

**Lotte New York Palace**
**455 Madison Avenue at 50th Street**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,004.09 |
|---|---|---|---|

**M Buffalo Hotel**
**2040 Walden Ave**
**Buffalo, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.75 |
|---|---|---|---|

**Mai Hana Hotel - International Driv**
**8222 Jamaican CT**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $124.26 |
|---|---|---|---|

**Mammoth Mountain Inn**
**10400 Minaret Rd**
**Mammoth Lakes, CA 93546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13.65 |
|---|---|---|---|

**Marco Polo Ramada Plaza Beach Resor**
**19201 Collins Ave**
**North Miami Beach, FL 33160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.299** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87.53**

**Mardi Gras Hotel & Casino**
**3500 Paradise Rd**
**Las Vegas, NV 89169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,713.16**

**Mardi Gras Hotel & Casino**
**3500 Paradise Rd**
**Las Vegas, NV 89169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$793.52**

**Margaritaville Resort Palm Springs**
**1600 N Indian Canyon Drive**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$565.20**

**Marina Del Mar Resort & Marina**
**527 Caribbean Dr**
**Key Largo, FL 33037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$399.88**

**Marriott Boston Quincy**
**1000 Marriott Drive**
**Quincy, MA 02169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.20**

**Marseilles Hotel**
**1741 Collins Ave**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$885.13**

**Maswik Lodge**
**202 South Village Loop**
**Grand Canyon, AZ 86023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226,655.97 |
|---|---|---|---|

**MGM Resorts International**
**880 Grier Drive**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Millennium Biltmore Hotel Los Angel**
**506 South Grand Avenue**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $494.72 |
|---|---|---|---|

**Millennium Hilton NY ONE UN Plaza**
**United Nations Plaza - 44Th St**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $292.85 |
|---|---|---|---|

**Miners Inn**
**P.O.Box 1413**
**Mariposa, CA 95338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,669.66 |
|---|---|---|---|

**Miramonte Resort & Spa**
**45000 Indian Wells Ln**
**Indian Wells, CA 92210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $211.31 |
|---|---|---|---|

**Miyako Hotel Los Angeles**
**328 E 1st St**
**Los Angeles, CA 90012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $613.32 |
|---|---|---|---|

**Moenkopi Legacy Inn and Suites**
**PO Box 2260**
**Tuba City, AZ 86045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|---|
| | Name | | | |

---

**3.313** | Nonpriority creditor's name and mailing address
**Monmouth Historic Inn and Gardens**
**1358 John A Quitman Blvd**
**Natchez, MS 39120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$426.40**

---

**3.314** | Nonpriority creditor's name and mailing address
**Monument Valley Tour**
**PO Box 98**
**Kayenta, AZ 86033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,286.80**

---

**3.315** | Nonpriority creditor's name and mailing address
**Mutual Of America**
**320 Park Avenue**
**New York, NY 10022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$857.07**

---

**3.316** | Nonpriority creditor's name and mailing address
**Naples Bay Resort**
**1500 Fifth Avenue South**
**Naples, FL 34102**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,287.48**

---

**3.317** | Nonpriority creditor's name and mailing address
**Natchez Grand Hotel**
**N Broadway St**
**Santa Barbara, CA 93120**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,311.60**

---

**3.318** | Nonpriority creditor's name and mailing address
**National Hotel**
**1677 Collins Avenue**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,122.63**

---

**3.319** | Nonpriority creditor's name and mailing address
**Nautilus Sonesta Miami Beach**
**1825 Collins Ave**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$161.88**

---

Debtor   **FTI North America Inc**
_____
Name

Case number (if known)   **6:24-bk-03315**

---

**3.320** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,134.30**
---|---|---|---

**NavajoLand Hotel of Tuba City**
**P.O. Box 247**
**Tuba City, AZ 86045**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.321** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,617.20**

**NBCUniversal LLC**
**100 Universal City Plaza Building 5511-5**
**Universal City, CA 91608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.322** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$117.25**

**NEW ORLEANS STEAMBOAT CO.**
**600 Decatur St. Suite 308**
**New Orleans, LA 70130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.323** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$44,147.53**

**New York Hilton Midtown**
**1335 Avenue Of The Americas**
**New York, NY 10019**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.324** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,038.79**

**Newport Beachside Hotel & Resort**
**16701 Collins Ave**
**North Miami Beach, FL 33160**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.325** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$474.60**

**Newport Beachside Hotel and Resort**
**16701 Collins Avenue**
**North Miami Beach, FL 33160**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.326** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,345.10**

**Night Hotel Broadway**
**215 W 94th Street**
**New York, NY 10025**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FTI North America Inc** | | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|---|
| | Name | | | |

---

**3.327** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,139.32**

**Nob Hill Hotel San Francisco**
**835 Hyde Street**
**Kansas City, MO 64109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**

**NOPSI Hotel**
**317 Baronne St**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$217.25**

**NW INVESTORS LLC**
**7126 Biscayne Boulevard**
**Miami, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$331.40**

**Oak Alley Plantation**
**3645 Highway 18**
**Vacherie, LA 70090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,759.66**

**Ocean Five Hotel**
**436 Ocean Drive**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$547.20**

**Oceanside Hotel**
**6084 Collins Ave**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54,262.37**

**OMNI**
**4001 Maple Avenue, Suite 500**
**Dallas, TX 75219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$85.40**

**ON LOCATION TOURS**
**704 Hauser,Inc. 26 Siebrecht Pl**
**New Rochelle, NY 10804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,321.19**

**One-off Group Suppliers**
**5787 Vineland Road, Suite 202**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64.95**

**One-off Payments Suppliers**
**5787 Vineland Road, Suite 202**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$28.80**

**Open Top Sightseeing Washington DC**
**723 7th Ave, 5th floor**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**OUC - Orlando Utilities Commission**
**PO Box 31329**
**Springfield, GA 31329**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.04**

**Palm Mountain Resort and Spa**
**155 South Belardo**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45.00**

**Palm Springs Aerial Tramway**
**1 Tram Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|

| | Name | | |

---

**3.341** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$127.98**

**Palmer House Hilton**
**17 E Monroe Street**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.342** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,884.00**

**PAPILLON AIRWAYS, INC.**
**1265 Airport Rd.**
**Boulder City, NV 89005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,741.91**

**Parc 55 San Francisco - A Hilton Ho**
**55 Cyril Magnin St**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,369.25**

**Parc Corniche Condominium Suites**
**6300 Parc Corniche Dr.**
**Orlando, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,013.17**

**Parrot Key Hotel and Villas**
**2801 N Roosevelt Blvd**
**Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,679.62**

**Paychex Inc.**
**5787 Vineland Road, Suite 202**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$505.08**

**Pelican Grand Beach Resort**
**2000 N Ocean Blvd**
**Fort Lauderdale, FL 33305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FTI North America Inc**

Case number (if known)   **6:24-bk-03315**

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,033.86 |
|---|---|---|---|

**Pelican Grand Beach Resort**
**2000 North Ocean Blvd**
**Fort Lauderdale, FL 33305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,484.81 |
|---|---|---|---|

**Pestana CR7**
**338 W 39th St**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,097.91 |
|---|---|---|---|

**Pestana Miami South Beach**
**1817 James Avenue**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $889.60 |
|---|---|---|---|

**Petite Auberge**
**863 Bush St**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $430.56 |
|---|---|---|---|

**Philadelphia Marriott Old City**
**One Dock Street**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $51.30 |
|---|---|---|---|

**Pickwick- A Grand Heritage Hotel**
**85 5Th St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,514.96 |
|---|---|---|---|

**Pier House 60 Clearwater Beach Mari**
**101 Coronado Drive**
**Clearwater, FL 33765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **FTI North America Inc**
_____
Name

Case number (if known)   **6:24-bk-03315**

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $733.40 |
|---|---|---|---|

**Pink Jeep Tours**
**450 State Route 64**
**Grand Canyon, AZ 86023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62.51 |
|---|---|---|---|

**Pink Shell Beach Resort and Spa**
**275 Estero Blvd**
**Fort Myers Beach, FL 33931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,679.38 |
|---|---|---|---|

**Pioneer Lodge**
**151 N Kraemer Blvd Ste 120**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Pitney Bowes Global Financial Svc L**
**P.O. Box 371887**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,017.34 |
|---|---|---|---|

**Plantation Inn Golf Resort & Spa**
**West Fort Island Trail**
**Crystal River, FL 34429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $198.17 |
|---|---|---|---|

**Platinum Suites Hotel**
**211 E. Flamingo Road**
**Las Vegas, NV 89169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**POD 39**
**145 East 39th Street**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.362**

**Nonpriority creditor's name and mailing address**

**POD BROOKLYN HOTEL**
**247 Metropolitan Ave**
**Brooklyn, NY 11211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$791.99**

---

**3.363**

**Nonpriority creditor's name and mailing address**

**Pod Times Square Hotel**
**400 W 42nd St**
**New York, NY 10036**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$492.78**

---

**3.364**

**Nonpriority creditor's name and mailing address**

**Porto Vista Hotel**
**1835 Columbia Street**
**San Diego, CA 92101**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$291.15**

---

**3.365**

**Nonpriority creditor's name and mailing address**

**Posh Hostel South Beach**
**820 Collins Ave**
**Miami Beach, FL 33139**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$559.06**

---

**3.366**

**Nonpriority creditor's name and mailing address**

**Postcard Inn on the Beach**
**6300 Gulf Boulevard**
**Saint Petersburg, FL 33706**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,016.57**

---

**3.367**

**Nonpriority creditor's name and mailing address**

**Quality Inn & Suites - Lake Havasu**
**271 S. Lake Havasu Ave.**
**Lake Havasu City, AZ 86403**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$101.85**

---

**3.368**

**Nonpriority creditor's name and mailing address**

**Quality Inn & Suites near the theme**
**5635 Windhover Dr**
**Orlando, FL 32819**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$26.57**

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.369**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $946.16 |
|---|---|---|
| **Quality Inn and Suites Montebello** | ☐ Contingent | |
| **7709 Telegraph Road** | ☐ Unliquidated | |
| **Montebello, CA 90640** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.370**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.64 |
|---|---|---|
| **Quality Inn Florida City - Gateway** | ☐ Contingent | |
| **333 SE 1st Ave** | ☐ Unliquidated | |
| **Homestead, FL 33034** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.371**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Quality Inn Lake Powell** | ☐ Contingent | |
| **P.O. BOX  1867** | ☐ Unliquidated | |
| **Page, AZ 86040** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.372**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $401.24 |
|---|---|---|
| **Quality Inn Pismo Beach** | ☐ Contingent | |
| **230 Five Cities Drive** | ☐ Unliquidated | |
| **Pismo Beach, CA 93449** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.373**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.56 |
|---|---|---|
| **Radisson Hotel Baltimore Downtown** | ☐ Contingent | |
| **West Fayette Street** | ☐ Unliquidated | |
| **Baltimore, MD 21201** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.374**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $298.02 |
|---|---|---|
| **Radisson Hotel Miami Beach** | ☐ Contingent | |
| **Collins Avenue** | ☐ Unliquidated | |
| **Miami Beach, FL 33140** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.375**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,109.98 |
|---|---|---|
| **Radisson New York Midtown Fifth Ave** | ☐ Contingent | |
| **West 51st Street** | ☐ Unliquidated | |
| **New York, NY 10019** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,214.80** |
|---|---|---|---|

**Ramada Boston**
**Morrissey Blvd**
**Boston, MA 02122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,164.48** |
|---|---|---|---|

**Ramada Gateway**
**W. Irlo Bronson Highway**
**Kissimmee, FL 34747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,360.03** |
|---|---|---|---|

**Ramada Jersey City**
**65 Tonnele Ave**
**Jersey City, NJ 07306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,871.13** |
|---|---|---|---|

**Ramada Plaza Hotel West Hollywood**
**8585 Santa Monica Blvd.**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$378.78** |
|---|---|---|---|

**Red Cliffs Lodge**
**Mile Post 14 On Hwy 128**
**Moab, UT 84532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$821.94** |
|---|---|---|---|

**Red Lion Monterey**
**Munras Avenue**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,066.30** |
|---|---|---|---|

**Red Roof Inn Corporation**
**P.O. BOX 849800**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$122.25** |
|---|---|---|---|

**Renaissance Palm Springs**
**888 E Tahquitz Canyon Way**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,441.76** |
|---|---|---|---|

**Residence Inn & Spring Hill Suites**
**49 Watermill Lane**
**Great Neck, NY 11021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Retro Inn**
**2040 East Main Street**
**Cortez, CO 81321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$539.30** |
|---|---|---|---|

**Riu Plaza Fisherman's Wharf**
**2500 Mason St**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,188.21** |
|---|---|---|---|

**RIU Plaza Fishermans Wharf**
**2500 Mason St**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$545.25** |
|---|---|---|---|

**RIU Plaza Fishermans Wharf**
**2500 Mason Street**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,270.61** |
|---|---|---|---|

**Riu Plaza Miami Beach**
**3101 Collins ave**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **FTI North America Inc**
_____   Case number (if known)   **6:24-bk-03315**
Name

---

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,561.13 |
|---|---|---|---|

**Riu Plaza Miami Beach**
**3101 Collins Avenue**
**Miami Beach, FL 33140**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,392.84 |
|---|---|---|---|

**Riu Plaza New York Times Square**
**305 W 46th St**
**New York, NY 10036**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,993.00 |
|---|---|---|---|

**Riu Plaza New York Times Square**
**305 West 46th Street**
**New York, NY 10036**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $651.61 |
|---|---|---|---|

**River Canyon Lodge**
**71 West 200 North**
**Moab, UT 84532**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,352.08 |
|---|---|---|---|

**River Terrace Inn**
**1600 Soscol Ave**
**Napa, CA 94559**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170.14 |
|---|---|---|---|

**River Terrace Resort and Convention**
**240 River Rd**
**Gatlinburg, TN 37738**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,169.19 |
|---|---|---|---|

**Riviera Suites South Beach**
**318 20th St**
**Miami Beach, FL 33139**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Basis for the claim: _

Last 4 digits of account number _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FTI North America Inc**
_____
Name

Case number (if known)   **6:24-bk-03315**

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $161.88 |

**Rosen Centre Hotel**
**9840 International Drive**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,960.25 |

**Rosen Centre Hotel**
**9840 International Dr**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,352.14 |

**Rosen Inn**
**6327 International Dr**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,737.57 |

**Rosen Inn at Pointe Orlando**
**9000 International Drive**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,670.12 |

**Rosen Inn International**
**7600 International Drive**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,857.68 |

**Rosen Inn Lake Buena Vista**
**8442 Palm Parkway**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $284.06 |

**Rosen Plaza Hotel**
**9700 International Dr**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **FTI North America Inc**
_____
Name

Case number (if known)   **6:24-bk-03315**

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $269.62 |
|---|---|---|---|

**Rosen Shingle Creek**
**9939 Universal Boulevard**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,105.21 |
|---|---|---|---|

**Rosen Shingle Creek**
**9939 Universal Blvd**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,170.78 |
|---|---|---|---|

**Royal Palm Hotel**
**1545 Collins Avenue**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $597.15 |
|---|---|---|---|

**Royal Sonesta Boston**
**40 Edwin H Land Boulevard**
**Cambridge, MA 02142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $953.30 |
|---|---|---|---|

**Royal Sonesta Chicago Downtown**
**71 E Wacker Drive**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130.43 |
|---|---|---|---|

**Royal Sonesta Harbor Court Baltimor**
**550 Light Street**
**Baltimore, MD 21202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,558.37 |
|---|---|---|---|

**Royal Sonesta New Orleans**
**300 Bourbon Street**
**New Orleans, LA 70130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FTI North America Inc**
_____
Name

Case number (if known)   **6:24-bk-03315**

---

**3.411**   Nonpriority creditor's name and mailing address

**Royal Sonesta Washington DC**
**20 Massachusetts Ave NW**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$163.49

---

**3.412**   Nonpriority creditor's name and mailing address

**Rumfish Beach Resort by Tradewinds**
**6000 Gulf Boulevard**
**Saint Petersburg, FL 33706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$878.82

---

**3.413**   Nonpriority creditor's name and mailing address

**Safari Inn**
**1911 West Olive Avenue**
**Burbank, CA 91506**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$3,111.36

---

**3.414**   Nonpriority creditor's name and mailing address

**Sahara Hotel & Casino Las Vegas**
**2535 Las Vegas Blvd South**
**Las Vegas, NV 89109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$673.48

---

**3.415**   Nonpriority creditor's name and mailing address

**San Diego Mission Bay Resort**
**E Mission Bay Drive**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.416**   Nonpriority creditor's name and mailing address

**San Diego Mission Bay Resort**
**1775 E Mission Bay Dr**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$345.70

---

**3.417**   Nonpriority creditor's name and mailing address

**Sanctuary Hotel New York**
**West 47th Street**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$80,000.00

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69,550.67** |
|---|---|---|---|

**Sanctuary Hotel New York**
**132 W 47th St**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,110.46** |
|---|---|---|---|

**Sanibel Island Beach Resort**
**1231 Middle Gulf Dr**
**Sanibel, FL 33957**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$412.45** |
|---|---|---|---|

**Sea Club Hotel**
**619 N Fort Lauderdale Beach Blvd**
**Fort Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$561.75** |
|---|---|---|---|

**SEA WORLD ORLANDO**
**7007 Sea World Drive**
**Orlando, FL 32821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$622.40** |
|---|---|---|---|

**Seaplane Adventures**
**242 Redwood Highway**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$278.94** |
|---|---|---|---|

**SeaWorld Parks and Entertainment**
**P.O. Box 692319**
**Orlando, FL 32869**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$555.63** |
|---|---|---|---|

**Selina Catahoula New Orleans**
**914 Union Street**
**New Orleans, LA 70112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.425** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,758.22**

**Selina Chicago**
**100 East Chestnut Street**
**Chicago, IL 60611**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.426** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$387.59**

**Selina Gold Dust**
**7700 Biscayne Blvd**
**Miami, FL 33138**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.427** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,469.03**

**Selina Miami River**
**437 SW 2nd St**
**Miami, FL 33130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.428** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$176.59**

**Shelburne Hotel & Suites**
**303 Lexington Avenue**
**New York, NY 10016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.429** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,665.94**

**Sheraton at the Falls**
**300 3Rd St**
**Niagara Falls, NY 14303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.430** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,052.00**

**Sheraton Lake Buena Vista Resort**
**12205 S Apopka Vineland Rd**
**Orlando, FL 32836**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.431** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$354.82**

**Sheraton Miami Airport Hotel**
**3900 NW 21st Street**
**Miami, FL 33142**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.432**

**Nonpriority creditor's name and mailing address**
**Sheraton Park Hotel at Anaheim Reso**
**1855 S Harbor Blvd**
**Anaheim, CA 92802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,706.78**

---

**3.433**

**Nonpriority creditor's name and mailing address**
**Shilo Inn Suites - Coeur d'Alene**
**702 West Appleway**
**Coeur D Alene, ID 83814**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$0.04**

---

**3.434**

**Nonpriority creditor's name and mailing address**
**Shilo Inn Suites Ocean  Hotel Newpo**
**536 Sw Elizabeth St**
**Newport, OR 97365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$157.77**

---

**3.435**

**Nonpriority creditor's name and mailing address**
**Shilo Inn Suites Oceanfront Hotel S**
**30 North Prom**
**Seaside, OR 97138**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$50.63**

---

**3.436**

**Nonpriority creditor's name and mailing address**
**Shore Cliff Hotel**
**2555 Price St**
**Pismo Beach, CA 93449**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,825.16**

---

**3.437**

**Nonpriority creditor's name and mailing address**
**Silver Palms Inn**
**830 Truman Ave**
**Key West, FL 33040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$875.25**

---

**3.438**

**Nonpriority creditor's name and mailing address**
**Silver Surf Gulf Beach Resort**
**1301 Gulf Drive North**
**Bradenton Beach, FL 34217**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,326.88**

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.439** | Nonpriority creditor's name and mailing address
**Sirata Beach Resort LLC**
**5300 Gulf Blvd**
**Saint Petersburg, FL 33706**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$2,022.80

---

**3.440** | Nonpriority creditor's name and mailing address
**Skyland Resort**
**Skyland Upper Loop Mile 41**
**Luray, VA 22835**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.441** | Nonpriority creditor's name and mailing address
**Sleep Inn Miami Airport**
**105 Fairway Drive**
**Miami, FL 33166**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,717.76

---

**3.442** | Nonpriority creditor's name and mailing address
**SLS Hotel South Beach**
**1701 Collins Avenue**
**Miami Beach, FL 33139**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$278.16

---

**3.443** | Nonpriority creditor's name and mailing address
**Snow King Resort**
**400 E Snow King Ave**
**Jackson, WY 83001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$456.63

---

**3.444** | Nonpriority creditor's name and mailing address
**Sole Miami**
**17315 Collins Ave**
**North Miami Beach, FL 33160**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$341.25

---

**3.445** | Nonpriority creditor's name and mailing address
**Sonesta Anaheim**
**1915 S Manchester Avenue**
**Anaheim, CA 92802**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$544.97

---

Debtor **FTI North America Inc** _____ Case number (if known) **6:24-bk-03315**
Name

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $152.76 |
|---|---|---|---|

**Sonesta Chicago O'Hare Airport**
**10233 West Higgins Road**
**Des Plaines, IL 60018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $275.49 |

**Sonesta Denver Downtown**
**1450 Glenarm Place**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $192.36 |

**Sonesta ES Suites Albuquerque**
**3300 Prospect Ave NE**
**Albuquerque, NM 87107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $216.37 |

**Sonesta ES Suites Carmel Mountain**
**11002 Rancho Carmel Drive**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $636.95 |

**Sonesta ES Suites Colorado Springs**
**3880 N Academy Boulevard**
**Colorado Springs, CO 80917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Sonesta ES Suites Orlando Internati**
**8480 International Drive**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $320.40 |

**Sonesta ES Suites Reno**
**9845 Gateway Drive**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.453**

**Nonpriority creditor's name and mailing address**
**Sonesta ES Suites San Antonio Downt**
**425 Bonham Street**
**San Antonio, TX 78205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$328.04**

---

**3.454**

**Nonpriority creditor's name and mailing address**
**Sonesta ES Suites Scottsdale Paradi**
**6040 N Scottsdale Road**
**Paradise Valley, AZ 85253**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$108.32**

---

**3.455**

**Nonpriority creditor's name and mailing address**
**Sonesta ES Suites Tucson**
**6477 E Speedway Blvd**
**Tucson, AZ 85710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$343.67**

---

**3.456**

**Nonpriority creditor's name and mailing address**
**Sonesta Los Angeles Airport**
**5985 W Century Blvd**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,226.36**

---

**3.457**

**Nonpriority creditor's name and mailing address**
**Sonesta Miami Airport**
**950 NW LeJeune Road**
**Miami, FL 33126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$346.91**

---

**3.458**

**Nonpriority creditor's name and mailing address**
**Sonesta Philadelphia Downtown Ritte**
**1800 Market Street**
**Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$354.92**

---

**3.459**

**Nonpriority creditor's name and mailing address**
**Sonesta Redondo Beach & Marina**
**300 North Harbor Drive**
**Redondo Beach, CA 90277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$645.22**

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $287.10 |
|---|---|---|---|

**Sonesta Resort Hilton Head Island**
**136 Shipyard Drive**
**Miley, SC 29933**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $265.59 |
|---|---|---|---|

**Sonesta Simply Suites Jacksonville**
**4990 Belfort Road**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $173.77 |
|---|---|---|---|

**Sonesta Simply Suites Jersey City**
**21 2nd Street**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $624.72 |
|---|---|---|---|

**Sonesta Simply Suites Las Vegas**
**4034 South Paradise Road**
**Las Vegas, NV 89169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $206.04 |
|---|---|---|---|

**Sonesta Simply Suites Nanuet**
**20 Overlook Blvd**
**Nanuet, NY 10954**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $92.19 |
|---|---|---|---|

**Sonesta Simply Suites Salt Lake Cit**
**2170 West North Temple**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $214.97 |
|---|---|---|---|

**Spectrum Business**
**PO BOX 7195**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.467** Nonpriority creditor's name and mailing address

**Stratosphere Casino**
**2000 Las Vegas Boulevard South**
**Las Vegas, NV 89104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$918.22**

---

**3.468** Nonpriority creditor's name and mailing address

**Suddath Relocation Systems**
**South Main Street, Suite 444**
**Jacksonville, FL 32207**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$408.00**

---

**3.469** Nonpriority creditor's name and mailing address

**Summit One Vanderbilt**
**1 Vanderbilt Avenue, 28th Floor**
**New York, NY 10017**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$274.40**

---

**3.470** Nonpriority creditor's name and mailing address

**SUN VALLEY RESORT**
**One Sun Valley Rd**
**Sun Valley, ID 83353**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$554.40**

---

**3.471** Nonpriority creditor's name and mailing address

**Super 8 at Lake Powell**
**P.O. BOX 4450**
**Page, AZ 86040**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,742.41**

---

**3.472** Nonpriority creditor's name and mailing address

**T & T SERVICES, INC**
**17615 NE 9th Avenue**
**Miami, FL 33162**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$216.00**

---

**3.473** Nonpriority creditor's name and mailing address

**T 4 Travel, Inc.**
**Taylor Road - PMB 158**
**Port Orange, FL 32128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,926.75**

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|

Name

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,211.02** |

**T-Mobile**
**PO Box 742596**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$486.31** |

**Tamarack Lodge**
**163 Twin Lakes Road**
**Mammoth Lakes, CA 93546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.99** |

**Tarrytown House Estate on the Hudso**
**49 E Sunnyside Ln**
**Tarrytown, NY 10591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,800.70** |

**Tempo by Hilton Times Square**
**P.O. Box 5098**
**New York, NY 10185**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,912.53** |

**Tenaya Lodge at Yosemite**
**1122 CA-41**
**Fish Camp, CA 93623**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$527.40** |

**The Anaheim Hotel**
**1700 South Harbor Boulevard**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$295.78** |

**The Boca Raton**
**501 E. Camino Real**
**Delray Beach, FL 33482**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FTI North America Inc**

Case number (if known)   **6:24-bk-03315**

Name

---

**3.481**

**Nonpriority creditor's name and mailing address**

**The Broken Spur Inn & Steakhouse**
**955 East SR 24**
**Torrey, UT 84775**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$369.24**

---

**3.482**

**Nonpriority creditor's name and mailing address**

**The Capitol Hotel**
**711 Union Street**
**Nashville, TN 37219**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$11,546.90**

---

**3.483**

**Nonpriority creditor's name and mailing address**

**The Catalina Hotel & Beach Club**
**1732 Collins Ave**
**Miami Beach, FL 33139**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$116.74**

---

**3.484**

**Nonpriority creditor's name and mailing address**

**The Churchill Hotel**
**1914 Connecticut Ave NW**
**Washington, DC 20009**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$319.32**

---

**3.485**

**Nonpriority creditor's name and mailing address**

**The Clift Royal Sonesta**
**495 Geary St**
**San Francisco, CA 94102**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$566.64**

---

**3.486**

**Nonpriority creditor's name and mailing address**

**The Cosmopolitan of Las Vegas**
**3773 Howard Hughes PKWY**
**Las Vegas, NV 89169**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,568.88**

---

**3.487**

**Nonpriority creditor's name and mailing address**

**The D Casino Hotel Las Vegas**
**301 Fremont Street**
**Las Vegas, NV 89101**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,600.66**

---

| Debtor | **FTI North America Inc** | | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|---|
| | Name | | | |

---

**3.488**

**Nonpriority creditor's name and mailing address**
**The Dana on Mission Bay**
**1710 W Mission Bay Dr**
**San Diego, CA 92109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$729.70

---

**3.489**

**Nonpriority creditor's name and mailing address**
**The Diplomat Beach Resort**
**3555 S Ocean Dr**
**Hollywood, FL 33019**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$108.02

---

**3.490**

**Nonpriority creditor's name and mailing address**
**The Edgewater Hotel**
**2411 Alaskan Way, Pier 67**
**Seattle, WA 98121**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,433.20

---

**3.491**

**Nonpriority creditor's name and mailing address**
**The Frederick Hotel**
**95 West Broadway**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,121.97

---

**3.492**

**Nonpriority creditor's name and mailing address**
**The Gallivant Times Square**
**234 W 48th Street**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$225.78

---

**3.493**

**Nonpriority creditor's name and mailing address**
**The Gallivant Times Square**
**234 W. 48th Street**
**South Richmond Hill, NY 11419**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,237.49

---

**3.494**

**Nonpriority creditor's name and mailing address**
**The Grand Hotel at the Grand Canyon**
**149 Arizona State Hwy 64**
**Grand Canyon, AZ 86023**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$565.57

---

Debtor    **FTI North America Inc**                                    Case number (if known)    **6:24-bk-03315**
_____
Name

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,058.63 |

**The Guest House at Graceland**
**3600 Elvis Presley Blvd**
**Memphis, TN 38116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,331.61 |

**The Inn at Death Valley**
**Highway 190**
**Death Valley, CA 92328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**The Inn at Houmas House**
**40136 HWY 942**
**Darrow, LA 70725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,220.58 |

**The Inn at Longwood Medical**
**342 Longwood Avenue**
**Boston, MA 02115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $368.80 |

**The Inn at Montchanin Village & Spa**
**528 Montchanin Rd**
**Montchanin, DE 19710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $623.36 |

**The Lodge - RC 14 LLC**
**2670 Canyons Resort Dr**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,405.55 |

**The Lucerne Hotel**
**201 W 79th St**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **FTI North America Inc**                                    Case number (if known)    **6:24-bk-03315**

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,579.36 |
|---|---|---|---|

**The Lucie**
**10978 S Ocean Drive**
**Jensen Beach, FL 34957**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,040.23 |
|---|---|---|---|

**The Mirage Casino Hotel**
**3400 S Las Vegas Blvd**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.85 |
|---|---|---|---|

**The Monsaraz San Diego**
**1451 Rosecrans Street**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $929.00 |
|---|---|---|---|

**The Mozio Group**
**9450 SW Gemini Dr**
**Beaverton, OR 97008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,528.96 |
|---|---|---|---|

**The Naples Grande Beach Resort**
**475 Seagate Drive**
**Naples, FL 34103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.74 |
|---|---|---|---|

**The New Tropicana Las Vegas**
**3801 South Las Vegas Boulevard**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,801.71 |
|---|---|---|---|

**The Palazzo Resort Hotel and Casino**
**3325 Las Vegas Blvd S.**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **FTI North America Inc**
_____
Name

Case number (if known)   **6:24-bk-03315**

---

| 3.509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,084.00** |
|---|---|---|---|

**The Palms Hotel & Spa**
**3025 Collins Avenue**
**Miami Beach, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$798.26** |
|---|---|---|---|

**The Peabody Memphis**
**149 Union Ave**
**Memphis, TN 38103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$856.28** |
|---|---|---|---|

**The Ponce Hotel**
**1111 N Ponce De Leon Blvd**
**Saint Augustine, FL 32084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,393.83** |
|---|---|---|---|

**The Portofino Hotel & Marina**
**260 Portofino Way**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,179.43** |
|---|---|---|---|

**The Ranch   Oasis at Death Valley**
**Highway 190**
**Death Valley, CA 92328**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,638.57** |
|---|---|---|---|

**The Revolution Hotel**
**40 Berkeley Street**
**Boston, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,277.00** |
|---|---|---|---|

**The St. Clair Hotel - Magnificent M**
**162 East Ontario Street**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (*if known*) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.516** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$532.65**

**The Tillary Hotel**
**85 Flatbush Ave Extension**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$134.67**

**The Watson Hotel.**
**440 West 57th St.**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$858.19**

**The Whitelaw Hotel**
**808 Collins Ave**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,624.30**

**Thompson Nashville**
**401 11th Avenue South**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,082.70**

**Thompson San Antonio Riverwalk**
**115 Lexington Ave**
**San Antonio, TX 78205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$726.92**

**Thunderbird Lodge**
**7 North Village Loop**
**Grand Canyon, AZ 86023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,327.38**

**Tides Inn & Suites**
**1807 Water Street**
**Port Townsend, WA 98368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **FTI North America Inc**
_____
Name

Case number (if known)    **6:24-bk-03315**

---

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $249.24 |
|---|---|---|---|

**Togwotee Mountain Lodge**
P.O. Box 91
Moran, WY 83013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,199.50 |
|---|---|---|---|

**Top of The Rock Observation Deck**
30 Rockefeller Plaza
New York, NY 10112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $183.71 |
|---|---|---|---|

**TOSHIBA BUSINESS SOLUTION**
P.O. BOX 402709
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,103.76 |
|---|---|---|---|

**Towneplace Sts by Marriott Seaworld**
10731 International Drive
Orlando, FL 32821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $784.24 |
|---|---|---|---|

**Tradewinds Island Grand Resort**
5500 Gulf Blvd
Saint Petersburg, FL 33706

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $33.90 |
|---|---|---|---|

**Travelodge Florida City**
409 S.E. 1st Avenue
Homestead, FL 33034

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,073.16 |
|---|---|---|---|

**Travelodge of Page**
207 North Lake Powell Blvd
Page, AZ 86040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,338.61** |
|---|---|---|---|
| | **Treasure Island**<br>**3300 S. Las Vegas Boulevard**<br>**Las Vegas, NV 89109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,663.29** |
|---|---|---|---|
| | **Tropicana Las Vegas - a DoubleTree**<br>**3801 Las Vegas Boulevard South**<br>**Las Vegas, NV 89109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,619.33** |
|---|---|---|---|
| | **Trump International Hotel Las Vegas**<br>**2000 Fashion Show Dr**<br>**Las Vegas, NV 89109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$166.84** |
|---|---|---|---|
| | **Trusted Tours of America**<br>**201 Front Street, Suite 107**<br>**Key West, FL 33040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$290.39** |
|---|---|---|---|
| | **TRYP BY Wyndham Times Square South**<br>**345 West 35th Street**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,164.69** |
|---|---|---|---|
| | **Tuscany Suites and Casino**<br>**255 E Flamingo Rd**<br>**Las Vegas, NV 89169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,051.44** |
|---|---|---|---|
| | **Under Canvas Bryce Canyon**<br>**1325 South Johns Valley Road**<br>**Raleigh, NC 27623** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $727.16 |
|---|---|---|---|

**Under Canvas Inc**
**13784 US-191**
**Moab, UT 84532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,398.27 |
|---|---|---|---|

**Under Canvas Inc**
**3955 Kolob Terrace Road**
**Virgin, UT 84779**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Universal Orlando**
**1000 Universal Studios Plz**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,407.23 |
|---|---|---|---|

**Universal Orlando Resort**
**1000 Universal Studios Plaza**
**Orlando, FL 32819**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,521.36 |
|---|---|---|---|

**Urbanica Fifth Hotel**
**803 Fifth Street**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212,337.00 |
|---|---|---|---|

**USD American Ring Travel Inc**
**PO Box 800-250**
**Santa Clarita, CA 91380**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,550.73 |
|---|---|---|---|

**Venetian Resort Hotel and Casino**
**3355 Las Vegas Blvd South**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.544**

**Nonpriority creditor's name and mailing address**
**Villas De Santa Fe**
**400 Griffin Street**
**Santa Fe, NM 87501**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$960.72**

---

**3.545**

**Nonpriority creditor's name and mailing address**
**Walt Disney World Swan & Dolphin**
**1500 Epcot Resorts Boulevard**
**Orlando, FL 32830**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,013.74**

---

**3.546**

**Nonpriority creditor's name and mailing address**
**Warwick Hotel**
**65 W 54th Street**
**New York, NY 10019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.547**

**Nonpriority creditor's name and mailing address**
**Washington Square Hotel**
**103 Waverly Place**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,231.56**

---

**3.548**

**Nonpriority creditor's name and mailing address**
**WDW Tickets paid by PLOG**
**220 Celebration Place**
**Kissimmee, FL 34747**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,782.23**

---

**3.549**

**Nonpriority creditor's name and mailing address**
**Wellington Hotel**
**871 Seventh Ave.**
**New York, NY 10019**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,457.96**

---

**3.550**

**Nonpriority creditor's name and mailing address**
**Westgate Lakes Resort & Spa**
**9500 Turkey Lake Rd**
**Orlando, FL 32819**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$804.95**

---

Debtor   **FTI North America Inc**                                           Case number (if known)   **6:24-bk-03315**
_____
Name

| 3.551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,037.44** |
|---|---|---|---|

**Westgate Las Vegas Resort & Casino**
**3000 Paradise Road**
**Las Vegas, NV 89139**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.15** |
|---|---|---|---|

**Westgate Painted Mountain Golf Reso**
**6302 E McKellips Rd**
**Mesa, AZ 85215**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,099.54** |
|---|---|---|---|

**Westgate Resorts**
**2801 Old Winter GardeN Rd**
**Ocoee, FL 34761**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$466.50** |
|---|---|---|---|

**Westgate Vacation Villas Resort**
**7700 Westgate Blvd**
**Kissimmee, FL 34747**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$280.10** |
|---|---|---|---|

**Westin New York Times Square**
**270 W 43Rd Street**
**New York, NY 10036**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$108,000.00** |
|---|---|---|---|

**Wex**
**I Hancock St**
**Portland, ME 04101**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$167.58** |
|---|---|---|---|

**WinterHaven Hotel**
**1400 Ocean Drive**
**Miami Beach, FL 33139**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **FTI North America Inc** | | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|---|
| | Name | | | |

---

**3.558** | Nonpriority creditor's name and mailing address
**Wuksachi Lodge**
**64740 Wuksachi Way**
**Sequoia National Park, CA 93262**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,311.00**

---

**3.559** | Nonpriority creditor's name and mailing address
**Wyndham Garden at Niagara Falls**
**443 Main Street**
**Niagara Falls, NY 14301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$393.44**

---

**3.560** | Nonpriority creditor's name and mailing address
**Wyndham Garden Brooklyn Sunset Park**
**457 39th Street**
**Brooklyn, NY 11232**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,398.45**

---

**3.561** | Nonpriority creditor's name and mailing address
**Wyndham Garden LBV Disney**
**1850B Hotel Plaza Boulevard**
**Orlando, FL 32830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,256.33**

---

**3.562** | Nonpriority creditor's name and mailing address
**Wyndham Philadelphia Historic Distr**
**400 Arch St**
**Philadelphia, PA 19106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,496.50**

---

**3.563** | Nonpriority creditor's name and mailing address
**Wyndham Resort & Conference Center**
**3011 Maingate Lane**
**Kissimmee, FL 34747**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,502.56**

---

**3.564** | Nonpriority creditor's name and mailing address
**Wyndham Visalia**
**9000 W Airport Dr**
**Visalia, CA 93277**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,742.81**

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,164.22** |
|---|---|---|---|

**Wynn Las Vegas, LLC**
**3131 Las Vegas Boulevard South**
**Las Vegas, NV 89109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,747.50** |
|---|---|---|---|

**Xanterra Parks & Resorts**
**3200 Old Faithful Inn Road**
**Yellowstone National Park, WY 82190**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190.85** |
|---|---|---|---|

**Yavapai Lodge**
**11 Yavapai Lodge Rd**
**Grand Canyon, AZ 86023**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,049.93** |
|---|---|---|---|

**Yellowstone Park Hotel**
**201 Grizzly Ave**
**West Yellowstone, MT 59758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,028.63** |
|---|---|---|---|

**Yosemite Southgate Hotel, LLC**
**40644 Hwy 41**
**Oakhurst, CA 93644**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,666.81** |
|---|---|---|---|

**Yosemite View Lodge**
**P.O. BOX D**
**El Portal, CA 95318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,572.18** |
|---|---|---|---|

**YOTEL New York City**
**570 10th Ave**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FTI North America Inc** | Case number (if known) | **6:24-bk-03315** |
|---|---|---|---|
| | Name | | |

---

**3.572** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,444.51**
**Young Men's Christian Association O**
**5 W 63 Street**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.573** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$299.55**
**Zion Lodge**
**1 Zion Canyon Scenic Drive**
**Springdale, UT 84767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,154.51**
**Zion Mountain Ranch**
**9065 West Highway 9**
**Mount Carmel, UT 84755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,767,250.30 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,767,250.30 |

**Fill in this information to identify the case:**

Debtor name **FTI North America Inc**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:24-bk-03315**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **office lease** |
| State the term remaining | |
| List the contract number of any government contract | **JNS Real Properties LLC**<br>**2110 NW 95TH Ave**<br>**Miami, FL 33172** |

**Fill in this information to identify the case:**

Debtor name **FTI North America Inc**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:24-bk-03315**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City ___ State ___ Zip Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **FTI North America Inc**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:24-bk-03315**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,539,881.83** |
   | **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$20,665,840.17** |
   | **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$20,879,843.94** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

SOFA #3.1

| Supplier | Cumulative amount | Vendor address | ZIP, City, State, Country |
|---|---|---|---|
| 70 Park Avenue | 18,312.06 | 70 Park Avenue | 10016 New York NY - US |
| Arlo Nomad | 8,621.52 | 11 East 31st Street | New York 10016 NY - US |
| Barefoot Beachfront Hotel, Madeira | 8,306.96 | 13220 Gulf Blvd | 33708 Madeira Beach FL - US |
| Best Western Plus Bryce Canyon Gran | 8,956.53 | P.O. BOX 640009 | Bryce Canyon City 84764 UT - US |
| Candlewood Suites Times Square | 8,743.97 | 339 West 39th Street | New York 10018 NY - US |
| Collins Hotel | 17,920.80 | 6600 Collins Ave. | Miami Beach 33141 FL - US |
| Comfort Inn Downtown Memphis | 8,368.18 | 100 N Front St | Memphis 38103-2117 TN - US |
| Comfort Inn Prospect Park Brooklyn | 9,139.95 | 150 20th Street | Brooklyn 11232 NY - US |
| DoubleTree by Hilton Hotel NY | 21,788.90 | 8 Stone Street | New York 10004 NY - US |
| DoubleTree by Hilton NY Times Sq. | 26,470.67 | 350 w 40th Street | New York 10018 NY - US |
| Drury Plaza Hotel Orlando | 27,578.99 | 2000 Hotel Plaza Blvd | Lake Buena Vista 32830 FL - US |
| El Tovar Lodge | 7,925.55 | 1 El Tovar Road | Grand Canyon Village 86023 AZ - US |
| Encore at Wynn Las Vegas | 49,303.43 | 3121 S Las Vegas Blvd | Las Vegas 89109 NV - US |
| Fairfield Inn & Suites NY Man CPark | 8,003.06 | 538 West 58th Street | New York 10019 NY - US |
| Four Queens Hotel & Casino | 67,913.83 | 202 Fremont Street | Las Vegas 89101 NV - US |
| FTIAS Limited | 130,800.00 | Building SCM 02/03, Level 7 | SmartCity SCM1001 - MT |
| Golden Nugget Las Vegas Hotel & Cas | 17,462.29 | 129 East Fremont St | Las Vegas 89101 NV - US |
| Hampton Inn Times Square South | 23,158.46 | 337 West 39th Street | New York 10018 NY - US |
| Hampton Inn Tropicana | 12,388.95 | S. Dean Martin Drive | Las Vegas 89118 NV - US |
| Hilton Garden Inn Midtown East | 21,150.18 | East 52 Street | New York 10022 NY - US |
| Hilton Garden Inn Tribeca | 9,733.06 | Avenue of the Americas | New York 10013 NY - US |
| Hilton New Orleans Riverside | 23,462.22 | Poydras Street | New Orleans 70130 LA - US |
| Holiday Inn Downtown Superdome | 12,119.10 | 330 Loyola Avenue | New Orleans 70112 LA - US |
| Holiday Inn Lower East Side | 8,657.15 | 150 Delancey Street | New York 10002 NY - US |
| Hotel Trader LLC | 186,393.06 | 570 Mountain Ave | Gillette 07933 NJ - US |
| Mardi Gras Hotel & Casino | 10,974.32 | 3500 Paradise Rd | LAS VEGAS 89169 NV - US |
| Margaritaville Resort Palm Springs | 21,615.30 | 1600 N Indian Canyon Drive | Palm Springs 92262 CA - US |
| Martinique on Broadway Curio Coll | 18,468.07 | 49 West 32nd Street | 10001 New York NY - US |
| MGM Resorts International | 360,085.72 | 880 Grier Drive | Las Vegas 89119 NV - US |
| Naples Bay Resort | 9,247.43 | 1500 Fifth Avenue South | Naples 34102 FL - US |
| National Hotel | 17,103.42 | 1677 Collins Avenue | Miami Beach 33139 FL - US |
| New York Hilton Midtown | 9,181.08 | 1335 Avenue Of The Americas | NEW YORK 10019 NY - US |
| Night Hotel Broadway | 16,609.06 | 215 W 94th Street | New York 10025 NY - US |
| North America Vacation Homes | 17,219.84 | Suite B NBK House, 64A Victori | Burgess Hill RH15 9LH - GB |
| Ocean Five Hotel | 17,975.52 | 436 Ocean Drive | MIAMI BEACH 33139 FL - US |
| Parrot Key Hotel and Villas | 12,683.33 | 2801 N Roosevelt Blvd | Key West 33040 FL - US |
| Radisson New York Midtown Fifth Ave | 8,781.27 | West 51st Street | New York 10019 NY - US |
| Red Sea 24 | 100,716.00 | Mohamdi Hwaidak Street | Hurghada MOUBARAK 2 - EG |
| Riu Plaza Fisherman's Wharf | 28,931.69 | 2500 Mason St | San Francisco 94133-1450 CA - L |
| Riu Plaza Fishermans Wharf | 82,984.50 | 2500 Mason St | San Francisco 94133 CA - US |
| Riu Plaza Groups | 13,639.98 | 305 West 46th Street | 10036 New York NY - US |
| Riu Plaza Miami Beach | 54,437.31 | 3101 Collins Avenue | Miami 33140 FL - US |
| Riu Plaza New York Times Square | 117,930.36 | 305 West 46th Street | New York 10036 NY - US |
| Rosen Inn at Pointe Orlando | 8,657.16 | 9000 International Drive | Orlando 32819 FL - US |
| Rosen Inn International | 18,478.86 | 7600 International Drive | Orlando 32819 FL - US |
| Rosen Inn Lake Buena Vista | 9,812.88 | 8442 Palm Parkway | Orlando 32819 FL - US |
| Silver Surf Gulf Beach Resort | 13,065.92 | 1301 Gulf Drive North | Bradenton Beach 34217 FL - US |
| T 4 Travel, Inc. | 15,517.66 | Taylor Road - PMB 158 | Port Orange 32128 FL - US |
| Tempo by Hilton Times Square | 297,229.92 | P.O. Box 5098 | New York 10185 NY - US |
| The Churchill Hotel | 10,479.16 | 1914 Connecticut Ave NW | Washington 20009 DC - US |
| The Palazzo Resort Hotel and Casino | 23,254.82 | 3325 Las Vegas Blvd S. | Las Vegas 89109 NV - US |
| The Palms Hotel and Spa | 40,202.01 | 3025 Collins Ave | MIAMI BEACH 33140 FL - US |
| The Peabody Memphis | 32,026.54 | 149 Union Ave | Memphis 38103 TN - US |

| | | | |
|---|---|---|---|
| **Treasure Island** | 22,482.58 | 3300 S. Las Vegas Boulevard | Las Vegs 89109 NV - US |
| **Tuscany Suites and Casino** | 7,576.12 | 255 E Flamingo Rd | LAS VEGAS 89169 NV - US |
| **USD American Ring Travel Inc** | 611,720.00 | PO Box 800-250 | Santa Clarita 91380 CA - US |
| **Venetian Resort Hotel and Casino** | 120,219.28 | 3355 Las Vegas Blvd South | Las Vegas 89109 NV - US |
| **Wynn Las Vegas, LLC** | 42,088.01 | 3131 Las Vegas Boulevard Sou | Las Vegas 89109 NV - US |
| **Yosemite View Lodge** | 103,896.02 | P.O. BOX D | EL PORTAL 95318 CA - US |
| | 3,037,969.96 | | |

Debtor    **FTI North America Inc**                                    Case number *(if known)*  **6:24-bk-03315**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.　see attached list | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.　see attached list | | $0.00 | |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| MGM<br>3600 Las Vegas Blvd S<br>Las Vegas, NV 89109 | Last 4 digits of account number: _____ | | $177,006.00 |

**Part 3:**　Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**　Certain Gifts and Charitable Contributions

SOFA #4.1

| Vendor name | Posting Date | Amount in local currency | Local Currency | Cost Center | Reference Key 1 |
|---|---|---|---|---|---|
| FTIAS Limited | 9/1/2023 | 68,574.00 | USD | | |
| FTIAS Limited | 10/22/2023 | 64,740.00 | USD | | |
| FTIAS Limited | 4/25/2024 | 65,400.00 | USD | | |
| FTIAS Limited | 5/30/2024 | 65,400.00 | USD | | |
| Red Sea 24 | 10/22/2023 | 86,293.73 | USD | | |
| Red Sea 24 | 5/30/2024 | 100,716.00 | USD | | |
| | | 451,123.73 | USD | | |

Debtor   **FTI North America Inc**     Case number *(if known)*   **6:24-bk-03315**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
    the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11.  **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing
    of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy
    relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Arvind Mahendru**<br>**5717 Red Bug Lake Rd #284**<br>**Winter Springs, FL 32708** | **Attorney Fees** | | **$10,000.00** |
| | Email or website address<br>**amtrustee@gmail.com** | | | |
| | Who made the payment, if not debtor? | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case
    to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within
    2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include
    both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

| Debtor | FTI North America Inc | Case number *(if known)* | 6:24-bk-03315 |

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **FTI North America Inc**                                                      Case number *(if known)*  **6:24-bk-03315**

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Suddath<br>4850 L.B. Mcleod Rd<br>Orlando, FL 32811** | **Richard Bess<br>407-674-1162** | **office furniture** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Debtor | FTI North America Inc | Case number (if known) | 6:24-bk-03315 |

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **FTIAS Ltd<br>Level 7 Building 02-03<br>Smartcity Malta<br>Kalkara - SCM1001<br>Malta** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Keri M. Edwards** | **502 Rochester St<br>Oviedo, FL 32765** | **Managing Director** | **0** |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **James Everland** | **4653 Riverton Dr<br>Orlando** | **Director** | **0** |

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| **Eric A Nieves** | **9824 Caroline park Dr Or<br>Orlando** | **Director** | **0** |

Debtor   **FTI North America Inc**                          Case number *(if known)*  **6:24-bk-03315**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **FTI Touristik GmbH** | **Landsberger Str. 88 Munich 80339** | | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July  6, 2024**

**/s/ Keri Edwards**                                        **Keri Edwards**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re    **FTI North America Inc**

Debtor(s)

Case No.    **6:24-bk-03315**

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July  6, 2024**

**/s/ Keri Edwards**

**Keri Edwards/President**
Signer/Title

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re  **FTI North America Inc**                                 Case No.   **6:24-bk-03315**

                                        Debtor(s)             Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

          For legal services, I have agreed to accept                       $          **10,000.00**

          Prior to the filing of this statement I have received             $          **10,000.00**

          Balance Due                                            $             **0.00**

2.   The source of the compensation paid to me was:

      ☐  Debtor      ☑  Other (specify):   **FTI Germany**

3.   The source of compensation to be paid to me is:

      ☑  Debtor      ☐  Other (specify):

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July  6, 2024**
*Date*

          **/s/ Arvind Mahendru**
          **Arvind Mahendru**
          *Signature of Attorney*
          **Arvind Mahendru**
          **5717 Red Bug Lake Rd #284**
          **Winter Springs, FL 32708**
          **407-504-2462**
          **amtrustee@gmail.com**
          *Name of law firm*