**ORDERED.**

Dated:  August 08, 2024

_____
Tiffany P. Geyer
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**FTI NORTH AMERICA, INC.,**

    **Debtor.**
_____/

**CASE NO.: 6:24-bk-03315-TPG**

**Chapter 7**

**ORDER GRANTING TRUSTEE'S EXPEDITED**
**MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 105**
**AND FED. R.  BANK. P. 2002 ESTABLISHING NOTICE PROCEDURES**

This case came before the Court for an *expedited* hearing on Tuesday, August 6, 2024 at 11:30 a.m. to consider the Motion filed by Dennis D. Kennedy, Chapter 7 Trustee (the "**Trustee**") seeking the entry of an order establishing notice procedures in this Chapter 7 case (the "**Motion**") (Doc. No. 10). The Court finds that (i) notice to all creditors in the estate of routine motions, orders and other pleadings will be unduly burdensome, and (ii) the designation of a "Short List" for purposes of giving limited notices in these cases will result in the efficient administration of the estate and will not impair the rights of interested parties. Accordingly, it is **ORDERED**:

    1.    The Motion is **GRANTED**.

    2.    All motions, notices and other pleadings need be served only on the "Short List" as hereinafter designated, with the express exception of the following notices which shall be served

on all creditors and parties in interest: (a) the meeting of creditors under 11 U.S.C. § 341; (b) any notices related to claims bar dates; (c) the sale or disposition of all or substantially all of the assets of the estate; and (d) a motion and notice of hearing on the dismissal of the case or the conversion of the case to another chapter.

3. All other notices shall be served on the Short List. For purposes of this case, the "Short List" shall include: (a) the Debtor and counsel for the Debtor; (b) the twenty (20) largest unsecured creditors in the case; (c) The Internal Revenue Service; (d) The Office of the United States Trustee; (e) Any committee elected pursuant to 11 U.S.C. § 705; and (f) all parties in interest who serve upon counsel for the Trustee and file with the Clerk of the Court, a request that all notices be mailed to them pursuant to Rule 2002(g), Federal Rules of Bankruptcy Procedure.

4. Any creditor or party in interest desiring to be added to the "Short List" shall file their request, noting a mailing address and telephone number, with the Clerk, United States Bankruptcy Court, Middle District of Florida: George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801 and serve a copy of same on office of counsel for the Trustee: Johnson Law Firm, P.A., 100 N. Laura Street, Ste. 701, Jacksonville, FL 32202.

5. The Short List shall be maintained by the Trustee and his counsel. The Trustee and his counsel shall update the "Short List" regularly to include the names and addresses of any creditors and parties in interest who have made written request for service in this case and file the updated Short Lists with the Court.

6. This Order is without prejudice to the rights of any party in interest, for cause shown, to request different notice procedures with respect to any particular entity or matter.

**Attorney Eugene H. Johnson, Esq. is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within three days of entry of the Order.**