**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

                                      **CASE NO.: 6:24-bk-03315-TPG**

**FTI NORTH AMERICA, INC.,**

    **Debtor.**
_____/

## PROOF OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Order Granting Motion for Authority to Destroy Debtor's Records and to Pay Costs as an Administrative Expense Claim (Doc. No. 55) was served this 16th day of January, 2025 through the Court's CM/ECF system, to the parties listed below, at their e-mail addresses registered with the Court and/or by regular U.S. Mail, postage prepaid, to:

All parties listed on the Short List of Creditors pursuant to that certain Order Granting Trustee's Expedited Motion for an Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 2002 Establishing Notice Procedures;

and via CM/ECF notification to the United States Trustee, Arvind Mahendru, Esq., *Counsel for the Debtor*, and to all other parties who have consented to receiving electronic notifications in this case.

                                                    /s/ Eugene H. Johnson
                                                   Eugene H. Johnson, Esq. (0032105)
                                                   301 W. Bay Street, Suite 1453
                                                   Jacksonville, FL 32202
                                                   (904) 652-2400 Telephone
                                                   (904) 652-2401 Facsimile
                                                   ehj@johnsonlawpa.com