[Doddos] [District Order Denying, Disapproving, Overruling, or Striking]

ORDERED.

Dated: February 11, 2025

_____
Tiffany P. Geyer
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  
FTI North America Inc

Case No.
6:24–bk–03315–TPG
Chapter 7

_____Debtor*_____/

### ORDER DENYING MOTION TO APPEAR PRO HAC VICE

THIS CASE came on for consideration, without hearing, of the Motion to Appear Pro Hac Vice filed by David S Catuogno on behalf of Creditor Hilton Management LLC , Doc. # 57 . After review, the Court determines that the motion is deficient as follows:

The Motion does not include the state where the attorney is admitted to practice and/or the associated Bar number. Local Rule 2090–1(c)(1).

Accordingly it is

***ORDERED:***

The motion is denied to allow movant to file an amended motion.

The Clerk's Office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.